**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

WILL CO. LTD. a limited liability company organized under the laws of Japan,

        Plaintiff,

        vs.

DOES 1-20, d/b/a THISAV.COM,

        Defendants.

**Case No.:  3:20-cv-05802-BHS**

**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY**

NOTE ON MOTION CALENDAR:
September 10, 2020

I, Spencer Freeman, under penalty of perjury, declare and state as follows:

1.      I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court Western District of Washington, Eastern District of Washington, Ninth Circuit Court of Appeals, and United States Supreme Court.  I am the principle attorney with the Freeman Law Firm, Inc., attorneys for Plaintiff Will Co. Ltd.  Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2.      In previous litigation, I have had direct contact with the following regarding production of information without a subpoena:  GoDaddy.com, LLC; Domains By Proxy; Cloudflare, Inc.; PayPal, Inc.; and Tiger Media, Inc.  Each of these entities clearly previously

DECLARATION OF SPENCER FREEMAN IN
SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR
EARLY DISCOVERY
[3:20-cv-05802-BHS]
 - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

indicated that they would comply with a lawful subpoena (and have done so), but they could not produce any information without a subpoena.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 10th day of September 2020 at Tacoma, Washington.

*/s/ Spencer D. Freeman*
Spencer Freeman

DECLARATION OF SPENCER FREEMAN IN
SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR
EARLY DISCOVERY
[3:20-cv-05802-BHS]
 - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)