**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

WILL CO. LTD. a limited liability company organized under the laws of Japan,

Plaintiff,

vs.

KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM,

Defendants.

**Case No.: 3:20-cv-05802-BHS**

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF WILL CO. LTD'S *EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE**

I, Jason Tucker, declare:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the President of Battleship Stance Inc. ("Battleship"), a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios including Plaintiff.



FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

3. Battleship is retained by some of the world's largest intellectual property rights owners to provide intellectual property management, anti-piracy, and support services.

4. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at technical and executive level for over ten (15) years, serving for over six (6) years as President of a company that owned and licensed one of the world's largest libraries of erotic images.

5. I am a graduate of the FBI and DEA Citizens Academy and a member of InfraGard. I have received advanced training by both agencies that in turn have furthered my ability to assist seeking out and defining operations and pirate enterprises. My efforts have been acknowledged with awards from State of California Senate, the FBI, DEA, and Los Angeles Sheriff's Department as a few examples.

6. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

7. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends including anti-piracy.

8. Battleship Stance Inc. was retained by Will Co. Ltd. to investigate copyright and trademark violations and assist in enforcing their intellectual property rights.

9. As a part of my duties to Will Co. Ltd., I have investigated the web site ThisAV.com. In doing so, I have located copyrighted works owned by Will Co. that are displayed on ThisAV.com without license or authority.

10. The web pages of ThisAV.com fail to state any owner or operator of the site.



FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

11. I have researched ThisAV.com with the United States Copyright Office DMCA Registration listings. The owners and operators of ThisAV.com have not registered the web site as an Internet Service Provider. There are no records of ThisAV.com with the Copyright Office, and thus no ownership or operator information.

12. In early November 2020, I was provided with information provided by Tiger Media. regarding ThisAV.com. Tiger Media's records indicate that the account holder for services to ThisAV.com is Youhaha Marketing and Promotion Limited with an address of 7/F Kowloon Building, 555 Nathan Road, Hong Kong and an email address listed as youhahahk@gmail.com.

13. In early November 2020, I was provided with information provided by Gorilla Services, Inc regarding ThisAV.com. Gorilla Servers's records show Ka Yeung Lee and the company Youhaha Marketing and Promotion Limited as the account holders for the account specific to ThisAV.com, with an address of Flat 701, Kowloon Building, 555 Nathan Road, Kowloon, Hong Kong, and email addresses of panda4uhk@gmail.com and tech@zenex5ive.com.

14. Utilizing industry standard Internet research tools, I investigated the addresses listed in the Tiger Media and Gorilla Service records. I determined that the addresses were the same location and building.

15. I also determined that the building is set up for virtual offices, where renters can purchase different packages which provide services including mail handling, business registry address, telephone services with email notification, and call transfer services. There is no presence of actual businesses or business employees.

16. I also utilized the email addresses listed in the Tiger Media and Gorilla Service records, youhahahk@gmail.com (Tiger Media for Youhaha), panda4uhk@gmail.com and tech@zenex5ive.com (Gorilla Servers for both Lee and Youhaha).



**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

17. In November 2020, I sent an email to each email. The emails informed the recipient that they had been identified as an operator of ThisAV.com and requested an opportunity to discuss the matter.

18. No one responded to the email, but importantly the email address was verified as valid and did not bounce back. Further, the recipient of the email did not deny the asserted identities nor the association as an operator or owner of ThisAV.com.

19. I utilized industry standard Internet research tools in an attempt to located physical address for both Lee and Youhaha. I was unable to find a physical locations for either.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 11th day of December, 2020 at Scottsdale, Arizona.

Jason Tucker



**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)