1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Plaintiff(s),

v.

Defendant(s).

Case No. _____

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Dated _____

Sign or use an "s/" and your name

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**                     Page 1 of 1