THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>v.<br><br>KA YEUNG LEE, an individual; YOUHARA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM<br><br>Defendants. | Cause No. 3:20-cv-05802- BHS<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Philip P. Mann hereby appears as attorney of record for Defendants Ka Yeung Lee and Youhara Marketing and Promotion Limited in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on Philip P. Mann at the address below.

Dated March 11, 2021           Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Suite 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants Ka Yeung Lee and Youhara Marketing and Promotion Limited

NOTICE OF APPEARANCE
Cause No. 20-CV-05802-BHS

Page 1

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

## **CERTIFICATE OF SERVICE**

   I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  March 11, 2021      /s/ *Philip P. Mann*

NOTICE OF APPEARANCE
Cause No. 20-CV-05802-BHS

Page 2

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900