

Histats.com 100% free

COMPLETELY FREE

English - USA

Control panel

thisav2@667055

HOME | FEATURES | COUNTERS | REGISTER | FORUM/HELP | CHART | live DEMO

evenAds PopUnder Ads JOIN NOW

Start Texting Your Customers for Free Get Started Now

www.thisav.com

**Traffic**
- Summary
- Users online
- Traffic stats

**Traffic Sources**
- Referring Sites
- Search Engines

**Visitors**
- browsers / os / lang
- Geolocation

**Log Analyzer**
- Log Analyzer <beta>

**Content**
- Traffic by Url
- Traffic by Title
- Tags/Variables
- Click count

- IP exclusion

EMAIL OPT-IN PLUGIN FOR WORDPRESS

Advertise Here

## Geolocation April 2020 - June 2020

- Japan: 14,541,717
- Taiwan: 4,367,992
- Hong Kong: 4,284,847
- United States: 1,284,763
- Malaysia: 578,081
- Korea; Republic of: 374,939
- United Kingdom: 194,372
- Macao: 188,379

Daily | Monthly

2019: jan feb mar apr may jun jul aug sep oct nov dec
2020: jan feb mar apr may jun jul aug sep oct nov dec
2021: jan feb mar

normal | range | compare

new & lost

country | city

| Rank | | New Vis. | Visitors | Pages V. | Ppv | Tpp | bounce |
|---|---|---|---|---|---|---|---|
| 1 | Japan | 4,913,774 | 14,541,717 | 182,386,599 | 12.5 | - | 33.4% |
| | | 52.5% | | | | | |
| 2 | Taiwan | 2,056,406 | 4,367,992 | 63,211,526 | 14.4 | - | 17.5% |
| | | 15.7% | | | | | |
| 3 | Hong Kong | 1,659,007 | 4,284,847 | 103,197,784 | 24 | - | 10.8% |
| | | 15.4% | | | | | |
| 4 | United States | 598,612 | 1,284,763 | 13,912,464 | 10.8 | 55" | 41.5% |
| | | 4.6% | | | | | |
| 5 | Malaysia | 183,249 | 578,081 | 15,307,964 | 26.4 | 43" | 9.7% |
| | | 2% | | | | | |
| 6 | Korea; Republic of | 146,128 | 374,939 | 9,447,241 | 25.1 | 38" | 34% |
| | | 1.3% | | | | | |
| 7 | United Kingdom | 85,397 | 194,372 | 2,009,182 | 10.3 | 59" | 44.9% |
| | | 0.7% | | | | | |
| 8 | Macao | 79,176 | 188,379 | 4,761,840 | 25.2 | 40" | 8.7% |
| | | 0.6% | | | | | |
| 9 | Australia | 69,441 | 187,351 | 2,689,619 | 14.3 | 50" | 35.3% |
| | | 0.6% | | | | | |
| 10 | Canada | 90,511 | 183,223 | 3,045,032 | 16.6 | 48" | 21.8% |
| | | 0.6% | | | | | |
| 11 | Singapore | 75,635 | 168,561 | 3,285,255 | 19.4 | 41" | 10.6% |
| | | 0.6% | | | | | |
| 12 | Germany | 58,493 | 151,246 | 1,098,684 | 7.2 | 1'14" | 57.4% |
| | | 0.5% | | | | | |
| 13 | Thailand | 48,014 | 129,285 | 1,273,022 | 9.8 | 59" | 53.7% |
| | | 0.4% | | | | | |
| 14 | France | 54,548 | 110,072 | 834,062 | 7.5 | 1'19" | 55.5% |
| | | 0.3% | | | | | |
| 15 | Russian Federation | 42,678 | 83,620 | 423,265 | 5 | 1'52" | 63.4% |
| | | 0.3% | | | | | |
| 16 | China | 34,364 | 62,104 | 720,977 | 11.6 | 1'6" | 21.7% |
| | | 0.2% | | | | | |
| 17 | Vietnam | 33,062 | 62,073 | 696,814 | 11.2 | 57" | 35.6% |
| | | 0.2% | | | | | |
| 18 | Europe | 10,262 | 53,865 | 570,709 | 10.5 | 51" | 52.9% |
| | | 0.1% | | | | | |

| # | | Country | Visits | Pages | Hits | Pages/Visit | Avg Time | Bounce Rate |
|---|---|---|---|---|---|---|---|---|
| 19 | | Italy | 23,174 / 0.1% | 49,975 | 401,397 | 8 | 1'7" | 53.3% |
| 20 | | Brazil | 23,830 / 0.1% | 45,975 | 221,456 | 4.8 | 2'21" | 60.8% |
| 21 | | Netherlands | 17,534 / 0.1% | 44,046 | 283,927 | 6.4 | 1'17" | 61.9% |
| 22 | | India | 17,074 / 0.1% | 36,906 | 535,220 | 14.5 | 50" | 32.1% |
| 23 | | Spain | 14,628 / 0.1% | 34,427 | 231,058 | 6.7 | 1'19" | 61.2% |
| 24 | | New Zealand | 13,990 / 0.1% | 32,472 | 578,646 | 17.8 | 50" | 23.9% |
| 25 | | Philippines | 14,306 / 0% | 27,609 | 389,267 | 14 | 51" | 25.1% |
| 26 | | Mexico | 12,594 / 0% | 26,673 | 123,813 | 4.6 | 2'3" | 57.7% |
| 27 | | Romania | 12,485 / 0% | 25,486 | 256,989 | 10 | 1'5" | 43.6% |
| 28 | | Ukraine | 9,039 / 0% | 17,915 | 91,531 | 5.1 | 2'8" | 58.6% |
| 29 | | Czech Republic | 7,777 / 0% | 17,285 | 143,976 | 8.3 | 1'16" | 53.1% |
| 30 | | Greece | 8,584 / 0% | 17,233 | 198,876 | 11.5 | 54" | 39.5% |
| 31 | | Poland | 9,009 / 0% | 16,355 | 95,146 | 5.8 | 2'3" | 57.2% |
| 32 | | Switzerland | 5,715 / 0% | 16,025 | 84,200 | 5.2 | 1'29" | 68.6% |
| 33 | | Argentina | 7,290 / 0% | 15,228 | 79,411 | 5.2 | 1'49" | 59.2% |
| 34 | | Austria | 5,465 / 0% | 12,501 | 53,658 | 4.2 | 1'38" | 67.6% |
| 35 | | Belgium | 4,898 / 0% | 12,190 | 73,428 | 6 | 1'34" | 62.2% |
| 36 | | Norway | 4,100 / 0% | 9,481 | 43,387 | 4.5 | 1'47" | 68.4% |
| 37 | | Denmark | 4,248 / 0% | 8,802 | 59,320 | 6.7 | 1'17" | 59.7% |
| 38 | | South Africa | 4,377 / 0% | 8,703 | 139,420 | 16 | 49" | 30.5% |
| 39 | | Chile | 4,308 / 0% | 8,649 | 93,355 | 10.7 | 1'28" | 53.8% |
| 40 | | Finland | 4,024 / 0% | 7,714 | 60,849 | 7.8 | 1'9" | 54.2% |
| 41 | | Anonymous Proxy | 3,412 / 0% | 7,459 | 29,126 | 3.9 | 1'45" | 70.1% |
| 42 | | Peru | 3,609 / 0% | 6,968 | 34,278 | 4.9 | 2'37" | 55.7% |
| 43 | | Ireland | 3,284 / 0% | 6,625 | 57,771 | 8.7 | 1'6" | 46.2% |
| 44 | | Indonesia | 3,737 / 0% | 6,548 | 47,340 | 7.2 | 2'39" | 7.1% |
| 45 | | Cambodia | 2,544 / 0% | 6,313 | 105,422 | 16.6 | 56" | 23.6% |
| 46 | | Israel | 2,625 / 0% | 6,083 | 22,624 | 3.7 | 2'29" | 68.7% |
| 47 | | Colombia | 2,697 / 0% | 5,739 | 103,909 | 18.1 | 58" | 51.1% |
| 48 | | Bulgaria | 2,661 / 0% | 5,403 | 37,067 | 6.8 | 1'28" | 51% |
| 49 | | Hungary | 3,598 / 0% | 5,311 | 41,854 | 7.8 | 58" | 37.6% |
| 50 | | Sweden | 3,244 / 0% | 5,200 | 28,013 | 5.3 | 1'20" | 50.6% |
| 51 | | Slovakia | 3,003 / 0% | 5,047 | 28,814 | 5.7 | 1'45" | 43.3% |
| 52 | | Belarus | 2,334 / 0% | 4,791 | 23,998 | 5 | 2'8" | 62.6% |
| 53 | | Brunei Darussalam | 1,126 / 0% | 4,227 | 130,668 | 30.9 | 47" | 4.8% |

| # | Country | Visits | Pages | Hits | Pages/Visit | Avg. Time | Bounce Rate |
|---|---|---|---|---|---|---|---|
| 54 | Portugal | 1,663 0% | 3,380 | 17,224 | 5 | 1'44" | 60.5% |
| 55 | Asia/Pacific Region | 1,084 0% | 3,102 | 35,322 | 11.3 | 52" | 28.5% |
| 56 | Egypt | 2,170 0% | 3,034 | 13,671 | 4.5 | 1'54" | 53.2% |
| 57 | Costa Rica | 1,193 0% | 2,512 | 13,246 | 5.2 | 2' | 58.6% |
| 58 | Serbia | 1,331 0% | 2,501 | 14,156 | 5.6 | 2'2" | 49.9% |
| 59 | Moldova; Republic of | 1,086 0% | 2,395 | 10,448 | 4.3 | 1'40" | 70.3% |
| 60 | Algeria | 1,532 0% | 2,333 | 14,277 | 6.1 | 1'38" | 47.7% |
| 61 | Lithuania | 730 0% | 2,082 | 7,083 | 3.4 | 2'10" | 76.3% |
| 62 | Curacao | 1,104 0% | 2,073 | 45,899 | 22.1 | 38" | 27.3% |
| 63 | Slovenia | 967 0% | 1,990 | 16,033 | 8 | 1'22" | 54.5% |
| 64 | Myanmar | 1,076 0% | 1,920 | 27,738 | 14.4 | 53" | 23.4% |
| 65 | Panama | 797 0% | 1,912 | 19,133 | 10 | 1'10" | 42.4% |
| 66 | Estonia | 810 0% | 1,887 | 10,528 | 5.5 | 2'9" | 65% |
| 67 | Lao People's Democratic Republic | 714 0% | 1,810 | 25,298 | 13.9 | 1'1" | 23.7% |
| 68 | Kazakhstan | 838 0% | 1,712 | 9,187 | 5.3 | 2'8" | 62.1% |
| 69 | Luxembourg | 972 0% | 1,673 | 19,835 | 11.8 | 50" | 42.5% |
| 70 | Ecuador | 1,007 0% | 1,665 | 7,187 | 4.3 | 2'42" | 55.2% |
| 71 | Bolivia | 1,033 0% | 1,630 | 9,095 | 5.5 | 2'15" | 47.4% |
| 72 | Croatia | 915 0% | 1,625 | 8,245 | 5 | 1'33" | 58.5% |
| 73 | Uzbekistan | 834 0% | 1,621 | 5,686 | 3.5 | 3'54" | 61.5% |
| 74 | Turkey | 868 0% | 1,610 | 14,715 | 9.1 | 1'33" | 51.4% |
| 75 | Guatemala | 478 0% | 1,562 | 5,974 | 3.8 | 1'50" | 77% |
| 76 | Venezuela | 749 0% | 1,479 | 9,651 | 6.5 | 2'7" | 54.5% |
| 77 | Sri Lanka | 771 0% | 1,427 | 10,008 | 7 | 1'31" | 50.5% |
| 78 | Iceland | 434 0% | 1,388 | 4,323 | 3.1 | 2'17" | 81.8% |
| 79 | United Arab Emirates | 403 0% | 1,298 | 11,612 | 8.9 | 44" | 61.1% |
| 80 | Puerto Rico | 440 0% | 1,274 | 3,865 | 3 | 2'47" | 72.2% |
| 81 | El Salvador | 428 0% | 1,196 | 2,901 | 2.4 | 3'34" | 74.6% |
| 82 | Morocco | 842 0% | 1,163 | 5,614 | 4.8 | 1'42" | 53.4% |
| 83 | Belize | 576 0% | 1,159 | 9,470 | 8.1 | 1'3" | 59.1% |
| 84 | Pakistan | 824 0% | 1,157 | 7,352 | 6.3 | 1'17" | 44.5% |
| 85 | Bosnia and Herzegovina | 343 0% | 1,037 | 3,583 | 3.4 | 3'44" | 69.6% |
| 86 | Bangladesh | 677 0% | 972 | 5,965 | 6.1 | 1'7" | 29.7% |
| 87 | Dominican Republic | 488 0% | 956 | 4,177 | 4.3 | 2'31" | 59.8% |
| 88 | Jordan | 640 0% | 944 | 4,075 | 4.3 | 1'53" | 50.9% |

| # | Country | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Iraq | 699 0% | 930 | 3,981 | 4.2 | 1'47" | 52.7% |
| 90 | Georgia | 411 0% | 926 | 6,771 | 7.3 | 1'48" | 54.9% |
| 91 | Kyrgyzstan | 438 0% | 788 | 2,634 | 3.3 | 2'59" | 60.1% |
| 92 | Albania | 227 0% | 659 | 2,225 | 3.3 | 2'34" | 74.2% |
| 93 | Uruguay | 402 0% | 647 | 2,932 | 4.5 | 2'16" | 57.1% |
| 94 | Paraguay | 330 0% | 646 | 3,137 | 4.8 | 2'23" | 47% |
| 95 | Azerbaijan | 305 0% | 636 | 4,234 | 6.6 | 2'14" | 60% |
| 96 | Tunisia | 362 0% | 628 | 8,104 | 12.9 | 1'25" | 39.9% |
| 97 | Guam | 248 0% | 608 | 8,186 | 13.4 | 57" | 42.1% |
| 98 | Mongolia | 334 0% | 526 | 4,198 | 7.9 | 1'29" | 37.8% |
| 99 | Cyprus | 216 0% | 507 | 2,130 | 4.2 | 2'10" | 68% |
| 100 | Armenia | 256 0% | 506 | 1,943 | 3.8 | 4'7" | 57.5% |
| 101 | Nigeria | 257 0% | 506 | 15,681 | 30.9 | 37" | 15.8% |
| 102 | Trinidad and Tobago | 234 0% | 505 | 7,058 | 13.9 | 1'1" | 44.9% |
| 103 | Lebanon | 277 0% | 491 | 2,451 | 4.9 | 2'24" | 62.7% |
| 104 | Jamaica | 199 0% | 474 | 12,651 | 26.6 | 42" | 10.7% |
| 105 | Nicaragua | 154 0% | 450 | 1,649 | 3.6 | 3'12" | 64% |
| 106 | Reunion | 179 0% | 444 | 2,482 | 5.5 | 3'55" | 63.9% |
| 107 | Cayman Islands | 43 0% | 392 | 1,453 | 3.7 | 2'26" | 85.2% |
| 108 | Macedonia | 246 0% | 378 | 2,140 | 5.6 | 2'47" | 54.2% |
| 109 | Kenya | 192 0% | 349 | 2,933 | 8.4 | 1'12" | 40.9% |
| 110 | Honduras | 171 0% | 347 | 1,165 | 3.3 | 3'57" | 50.7% |
| 111 | Suriname | 108 0% | 339 | 2,368 | 6.9 | 1'36" | 15.6% |
| 112 | Solomon Islands | 56 0% | 331 | 19,265 | 58.2 | 38" | 2.6% |
| 113 | Latvia | 156 0% | 315 | 1,364 | 4.3 | 1'57" | 48.5% |
| 114 | Nepal | 216 0% | 299 | 936 | 3.1 | 1'13" | 53.1% |
| 115 | Syrian Arab Republic | 187 0% | 296 | 1,756 | 5.9 | 3'22" | 43.5% |
| 116 | Oman | 115 0% | 295 | 1,380 | 4.6 | 1'34" | 70.8% |
| 117 | Liechtenstein | 63 0% | 289 | 3,000 | 10.3 | 1'4" | 66.7% |
| 118 | Monaco | 31 0% | 279 | 1,006 | 3.6 | 7'51" | 32.9% |
| 119 | Palau | 192 0% | 272 | 3,515 | 12.9 | 55" | 16.1% |
| 120 | Malta | 134 0% | 268 | 982 | 3.6 | 1'56" | 57.8% |
| 121 | Mauritius | 133 0% | 251 | 523 | 2 | 10'39" | 74.5% |
| 122 | Saudi Arabia | 104 0% | 209 | 1,883 | 9 | 1'45" | 49.7% |
| 123 | Palestinian Territory | 139 0% | 197 | 763 | 3.8 | 2'55" | 58.3% |

| # | Country | | | | | | |
|---|---|---|---|---|---|---|---|
| 124 | Iran; Islamic Republic of | 106 | 195 | 2,431 | 12.4 | 1'31" | 41.5% |
| | | 0% | | | | | |
| 125 | Congo; The Democratic Republic of the | 148 | 177 | 6,090 | 34.4 | 24" | 10.1% |
| | | 0% | | | | | |
| 126 | Tanzania; United Republic of | 79 | 164 | 848 | 5.1 | 1'56" | 35.3% |
| | | 0% | | | | | |
| 127 | Madagascar | 115 | 157 | 1,232 | 7.8 | 1'56" | 35% |
| | | 0% | | | | | |
| 128 | Papua New Guinea | 66 | 140 | 1,229 | 8.7 | 1'3" | 42.1% |
| | | 0% | | | | | |
| 129 | Cote d'Ivoire | 76 | 139 | 1,154 | 8.3 | 32" | 26.6% |
| | | 0% | | | | | |
| 130 | Zambia | 64 | 125 | 1,053 | 8.4 | 1'16" | 16.8% |
| | | 0% | | | | | |
| 131 | Angola | 94 | 124 | 667 | 5.3 | 2'37" | 33.8% |
| | | 0% | | | | | |
| 132 | New Caledonia | 72 | 120 | 317 | 2.6 | 3'13" | 70% |
| | | 0% | | | | | |
| 133 | Kuwait | 78 | 119 | 913 | 7.6 | 1'18" | 38.6% |
| | | 0% | | | | | |
| 134 | Isle of Man | 45 | 113 | 303 | 2.6 | 1'27" | 73.4% |
| | | 0% | | | | | |
| 135 | Dominica | 10 | 110 | 5,712 | 51.9 | 34" | 9% |
| | | 0% | | | | | |
| 136 | Jersey | 54 | 109 | 605 | 5.5 | 1'53" | 61.4% |
| | | 0% | | | | | |
| 137 | Ethiopia | 46 | 109 | 1,719 | 15.7 | 1'12" | 28.4% |
| | | 0% | | | | | |
| 138 | Yemen | 86 | 105 | 323 | 3 | 1'29" | 48.5% |
| | | 0% | | | | | |
| 139 | Montenegro | 74 | 105 | 434 | 4.1 | 2'24" | 43.8% |
| | | 0% | | | | | |
| 140 | Faroe Islands | 12 | 94 | 113 | 1.2 | 31" | 90.4% |
| | | 0% | | | | | |
| 141 | Senegal | 57 | 92 | 404 | 4.3 | 2'20" | 52.1% |
| | | 0% | | | | | |
| 142 | Seychelles | 54 | 88 | 318 | 3.6 | 2' | 59% |
| | | 0% | | | | | |
| 143 | Namibia | 58 | 84 | 476 | 5.6 | 36" | 61.9% |
| | | 0% | | | | | |
| 144 | Aruba | 17 | 83 | 237 | 2.8 | 1'46" | 81.9% |
| | | 0% | | | | | |
| 145 | Maldives | 43 | 81 | 159 | 1.9 | 3'21" | 75.3% |
| | | 0% | | | | | |
| 146 | Timor-Leste | 43 | 81 | 1,542 | 19 | 44" | 8.3% |
| | | 0% | | | | | |
| 147 | Cuba | 25 | 79 | 204 | 2.5 | 2'14" | 64.5% |
| | | 0% | | | | | |
| 148 | Mauritania | 6 | 78 | 125 | 1.6 | 1'33" | 92.3% |
| | | 0% | | | | | |
| 149 | Libyan Arab Jamahiriya | 44 | 78 | 261 | 3.3 | 2'22" | 75.6% |
| | | 0% | | | | | |
| 150 | Martinique | 28 | 74 | 290 | 3.9 | 4'51" | 39.1% |
| | | 0% | | | | | |
| 151 | Tajikistan | 34 | 74 | 939 | 12.6 | 53" | 29.7% |
| | | 0% | | | | | |
| 152 | Antigua and Barbuda | 9 | 73 | 842 | 11.5 | 1'5" | 49.3% |
| | | 0% | | | | | |
| 153 | Cameroon | 36 | 70 | 647 | 9.2 | 58" | 37.1% |
| | | 0% | | | | | |
| 154 | San Marino | 54 | 70 | 1,655 | 23.6 | 41" | 24.2% |
| | | 0% | | | | | |
| 155 | Guinea | 31 | 68 | 323 | 4.7 | 1'42" | 41.1% |
| | | 0% | | | | | |
| 156 | Fiji | 44 | 66 | 430 | 6.5 | 2'5" | 45.4% |
| | | 0% | | | | | |
| 157 | Saint Vincent and the Grenadines | 8 | 63 | 1,475 | 23.4 | 30" | 53.9% |
| | | 0% | | | | | |
| 158 | Bahamas | 38 | 56 | 485 | 8.6 | 1'51" | 26.7% |

| # | Country | 0% | Visitors | Pages | Hits | P/V | Time | Bnc |
|---|---|---|---|---|---|---|---|---|
| 159 | Andorra | 0% | | 17 | 56 | 89 | 1.5 | 1'41" | 80.3% |
| 160 | Uganda | 0% | | 43 | 54 | 199 | 3.6 | 50" | 29.6% |
| 161 | Ghana | 0% | | 45 | 54 | 342 | 6.3 | 1'53" | 31.4% |
| 162 | Guyana | 0% | | 34 | 53 | 204 | 3.8 | 1'28" | 49% |
| 163 | Mozambique | 0% | | 35 | 51 | 280 | 5.4 | 3'52" | 27.4% |
| 164 | Rwanda | 0% | | 34 | 47 | 128 | 2.7 | 2' | 55.3% |
| 165 | Barbados | 0% | | 41 | 45 | 296 | 6.5 | 1'50" | 37.7% |
| 166 | French Polynesia | 0% | | 19 | 43 | 68 | 1.5 | 1'41" | 74.4% |
| 167 | Equatorial Guinea | 0% | | 16 | 42 | 816 | 19.4 | 30" | 21.4% |
| 168 | Sint Maarten | 0% | | 16 | 41 | 148 | 3.6 | 2'48" | 2.4% |
| 169 | Mali | 0% | | 32 | 41 | 106 | 2.5 | 1'13" | 36.5% |
| 170 | Zimbabwe | 0% | | 18 | 40 | 1,463 | 36.5 | 24" | 35% |
| 171 | Gabon | 0% | | 30 | 35 | 114 | 3.2 | 21" | 42.8% |
| 172 | Djibouti | 0% | | 21 | 35 | 174 | 4.9 | 57" | 37.1% |
| 173 | Guadeloupe | 0% | | 29 | 34 | 186 | 5.4 | 4'24" | 47% |
| 174 | Afghanistan | 0% | | 22 | 33 | 99 | 3 | 6'58" | 51.5% |
| 175 | Bhutan | 0% | | 29 | 31 | 94 | 3 | 5'7" | 35.4% |
| 176 | Qatar | 0% | | 28 | 29 | 168 | 5.7 | 30" | 31% |
| 177 | Guernsey | 0% | | 19 | 29 | 138 | 4.7 | 1'40" | 58.6% |
| 178 | Sudan | 0% | | 27 | 28 | 146 | 5.2 | 1'17" | 21.4% |
| 179 | Saint Lucia | 0% | | 19 | 28 | 440 | 15.7 | 29" | 50% |
| 180 | Benin | 0% | | 22 | 25 | 181 | 7.2 | 1'3" | 32% |
| 181 | Botswana | 0% | | 17 | 24 | 58 | 2.4 | 37" | 58.3% |
| 182 | French Guiana | 0% | | 15 | 24 | 241 | 10 | 28" | 16.6% |
| 183 | Bermuda | 0% | | 18 | 20 | 91 | 4.5 | 3'1" | 25% |
| 184 | Swaziland | 0% | | 18 | 18 | 627 | 34.8 | 13" | 5.5% |
| 185 | Gibraltar | 0% | | 15 | 18 | 207 | 11.5 | 59" | 38.8% |
| 186 | Chad | 0% | | 10 | 18 | 28 | 1.5 | 25" | 61.1% |
| 187 | Anguilla | 0% | | 6 | 18 | 37 | 2 | 5'41" | 16.6% |
| 188 | Bonaire, Saint Eustatius and Saba | 0% | | 3 | 15 | 49 | 3.2 | 5'31" | 53.3% |
| 189 | Congo | 0% | | 11 | 14 | 28 | 2 | 38" | 50% |
| 190 | Cook Islands | 0% | | 12 | 14 | 233 | 16.6 | 44" | 50% |
| 191 | Burundi | 0% | | 4 | 13 | 24 | 1.8 | 9'3" | 53.8% |
| 192 | Tonga | 0% | | 11 | 13 | 40 | 3 | 20" | 15.3% |
| 193 | Satellite Provider | 0% | | 12 | 13 | 148 | 11.3 | 40" | 30.7% |

| # | | Country | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 194 | | Kiribati | 0% | 5 | 13 | 17 | 1.3 | - | 69.2% |
| 195 | | Liberia | 0% | 5 | 13 | 24 | 1.8 | 18" | 61.5% |
| 196 | | Niger | 0% | 9 | 12 | 57 | 4.7 | 1'45" | 50% |
| 197 | | Burkina Faso | 0% | 11 | 11 | 35 | 3.1 | 3'43" | 63.6% |
| 198 | | Grenada | 0% | 9 | 11 | 37 | 3.3 | 1'34" | 45.4% |
| 199 | | Marshall Islands | 0% | 11 | 11 | 24 | 2.1 | 2'7" | 45.4% |
| 200 | | Haiti | 0% | 8 | 11 | 47 | 4.2 | 1'51" | 27.2% |
| 201 | | SAINT MARTIN | 0% | 1 | 11 | 20 | 1.8 | - | 18.1% |
| 202 | | Turks and Caicos Islands | 0% | 6 | 10 | 11 | 1.1 | 1'22" | 90% |
| 203 | | Comoros | 0% | 6 | 10 | 19 | 1.9 | 10'18" | 10% |
| 204 | | Northern Mariana Islands | 0% | 7 | 9 | 45 | 5 | 5'6" | 11.1% |
| 205 | | Bahrain | 0% | 6 | 9 | 37 | 4.1 | 2'5" | 44.4% |
| 206 | | Micronesia; Federated States of | 0% | 6 | 9 | 17 | 1.8 | 5'37" | 55.5% |
| 207 | | Aland Islands | 0% | 5 | 8 | 42 | 5.2 | 2'14" | 37.5% |
| 208 | | Lesotho | 0% | 7 | 8 | 25 | 3.1 | 15" | 12.5% |
| 209 | | Togo | 0% | 4 | 7 | 25 | 3.5 | 5'45" | 57.1% |
| 210 | | South Sudan | 0% | 5 | 6 | 11 | 1.8 | 11" | 33.3% |
| 211 | | Malawi | 0% | 6 | 6 | 13 | 2.1 | 4'51" | 33.3% |
| 212 | | Virgin Islands; U.S. | 0% | 5 | 6 | 7 | 1.1 | 57" | 83.3% |
| 213 | | Sierra Leone | 0% | 5 | 5 | 8 | 1.6 | 37" | 40% |
| 214 | | Greenland | 0% | 5 | 5 | 30 | 6 | 21" | 40% |
| 215 | | Virgin Islands; British | 0% | 3 | 5 | 6 | 1.2 | 37" | 80% |
| 216 | | Gambia | 0% | 3 | 4 | 6 | 1.5 | 9" | 50% |
| 217 | | Cape Verde | 0% | 3 | 4 | 4 | 1 | - | 0% |
| 218 | | Guinea-Bissau | 0% | 4 | 4 | 7 | 1.7 | 41" | 25% |
| 219 | | Saint Kitts and Nevis | 0% | 2 | 3 | 3 | 1 | - | 0% |
| 220 | | Central African Republic | 0% | 2 | 2 | 2 | 1 | - | 0% |
| 221 | | Samoa | 0% | 1 | 1 | 1 | 1 | - | 0% |
| 222 | | Sao Tome and Principe | 0% | 1 | 1 | 1 | 1 | - | 0% |
| 223 | | Vanuatu | 0% | 0 | 1 | 1 | 1 | - | 0% |
| | | total | | 27,656,190 | 414,416,935 | 27,656,191 | 14.9 | - | 44.5% |

