

Histats.com 100% free

REALTIME STATS

English - USA

Control panel

thisav2@667055

HOME | FEATURES | COUNTERS | REGISTER | FORUM/HELP | CHART | live DEMO

evenAds PopUnder Ads JOIN NOW

Start Texting Your Customers for Free Get Started Now ⟶

www.thisav.com

**Traffic**
- Summary
- Users online
- Traffic stats

**Traffic Sources**
- Referring Sites
- Search Engines

**Visitors**
- browsers / os / lang
- Geolocation

**Log Analyzer**
- Log Analyzer <beta>

**Content**
- Traffic by Url
- Traffic by Title
- Tags/Variables
- Click count

- IP exclusion

EMAIL OPT-IN PLUGIN FOR WORDPRESS

Advertise Here

## Geolocation

March 2020 - February 2021

- Japan: 62,019,782
- Taiwan: 18,131,852
- Hong Kong: 18,081,810
- United States: 4,561,984
- Malaysia: 2,440,774
- Korea; Republic of: 1,312,783
- Macao: 762,889
- Canada: 749,053

Daily | Monthly

| | | | | | | |
|---|---|---|---|---|---|---|
| 2019 | jan | feb | mar | apr | may | jun |
| | jul | aug | sep | oct | nov | dec |
| 2020 | jan | feb | mar | apr | may | jun |
| | jul | aug | sep | oct | nov | dec |
| 2021 | jan | feb | mar | | | |

normal | range | compare

new & lost

country | city

| Rank | | New Vis. | Visitors | Pages V. | Ppv | Tpp | bounce |
|---|---|---|---|---|---|---|---|
| 1 | Japan | 18,758,648 | 62,019,782 | 745,484,286 | -1.8 | - | 38.8% |
| | | 54.1% | | | | | |
| 2 | Taiwan | 8,414,781 | 18,131,852 | 253,279,812 | -9.7 | 6" | 18.9% |
| | | 15.8% | | | | | |
| 3 | Hong Kong | 7,095,362 | 18,081,810 | 433,146,438 | 0.2 | 3" | 9.7% |
| | | 15.7% | | | | | |
| 4 | United States | 2,233,279 | 4,561,984 | 53,230,946 | 11.6 | 55" | 36% |
| | | 3.9% | | | | | |
| 5 | Malaysia | 786,598 | 2,440,774 | 65,513,596 | 26.8 | - | 3.7% |
| | | 2.1% | | | | | |
| 6 | Korea; Republic of | 452,363 | 1,312,783 | 29,698,026 | 22.6 | 40" | 38.3% |
| | | 1.1% | | | | | |
| 7 | Macao | 321,275 | 762,889 | 19,396,355 | 25.4 | 43" | 7.7% |
| | | 0.6% | | | | | |
| 8 | Canada | 363,740 | 749,053 | 12,706,628 | 16.9 | 55" | 20.4% |
| | | 0.6% | | | | | |
| 9 | United Kingdom | 324,996 | 720,786 | 8,572,323 | 11.8 | 59" | 37.9% |
| | | 0.6% | | | | | |
| 10 | Singapore | 290,539 | 683,301 | 13,373,753 | 19.5 | 50" | 8.2% |
| | | 0.5% | | | | | |
| 11 | Australia | 261,506 | 678,437 | 10,660,022 | 15.7 | 53" | 28.6% |
| | | 0.5% | | | | | |
| 12 | Thailand | 167,072 | 507,060 | 4,524,093 | 8.9 | 1'1" | 56% |
| | | 0.4% | | | | | |
| 13 | Germany | 217,050 | 484,373 | 4,314,473 | 8.9 | 1'7" | 47.4% |
| | | 0.4% | | | | | |
| 14 | France | 164,249 | 319,360 | 2,699,064 | 8.4 | 1'6" | 50.9% |
| | | 0.2% | | | | | |
| 15 | China | 153,616 | 277,583 | 3,148,362 | 11.3 | 1'7" | 21.7% |
| | | 0.2% | | | | | |
| 16 | Vietnam | 117,915 | 239,446 | 2,822,922 | 11.7 | 1'1" | 35% |
| | | 0.2% | | | | | |
| 17 | India | 86,100 | 199,696 | 3,612,247 | 18 | 50" | 24.3% |
| | | 0.1% | | | | | |
| 18 | Russian Federation | 109,523 | 199,557 | 1,222,314 | 6.1 | 1'24" | 57.2% |
| | | 0.1% | | | | | |

| # | | Country | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | | Europe | 41,359 0.1% | 199,003 | 2,344,381 | 11.7 | 47" | 49.9% |
| 20 | | Italy | 86,310 0.1% | 174,453 | 1,860,545 | 10.6 | 1'7" | 41% |
| 21 | | Netherlands | 58,553 0.1% | 124,093 | 938,068 | 7.5 | 1'7" | 52.6% |
| 22 | | Brazil | 66,895 0.1% | 122,922 | 539,405 | 4.3 | 1'55" | 58% |
| 23 | | New Zealand | 55,611 0.1% | 122,908 | 2,195,754 | 17.8 | 55" | 17.6% |
| 24 | | Philippines | 59,891 0% | 109,876 | 1,418,541 | 12.9 | 1' | 21.5% |
| 25 | | Spain | 46,117 0% | 93,393 | 856,652 | 9.1 | 57" | 51.2% |
| 26 | | Romania | 48,810 0% | 88,525 | 939,543 | 10.6 | 1'4" | 34.9% |
| 27 | | Mexico | 39,711 0% | 81,259 | 424,158 | 5.2 | 1'35" | 53.1% |
| 28 | | Czech Republic | 29,414 0% | 59,626 | 615,193 | 10.3 | 1'3" | 41.3% |
| 29 | | Greece | 27,348 0% | 51,013 | 652,201 | 12.7 | 52" | 33.1% |
| 30 | | Argentina | 21,655 0% | 47,062 | 208,692 | 4.4 | 1'37" | 59.2% |
| 31 | | Ukraine | 25,258 0% | 45,113 | 242,462 | 5.3 | 1'43" | 55% |
| 32 | | Poland | 25,461 0% | 43,244 | 205,456 | 4.7 | 1'51" | 57.2% |
| 33 | | Switzerland | 20,039 0% | 43,095 | 267,924 | 6.2 | 1'13" | 59.1% |
| 34 | | Hungary | 31,301 0% | 39,187 | 260,424 | 6.6 | 45" | 26.2% |
| 35 | | Austria | 18,346 0% | 35,102 | 162,592 | 4.6 | 1'24" | 60% |
| 36 | | Indonesia | 17,847 0% | 34,666 | 243,323 | 7 | 2'35" | 16.5% |
| 37 | | Belgium | 14,991 0% | 29,944 | 214,529 | 7.1 | 1'14" | 54.8% |
| 38 | | Norway | 14,283 0% | 28,511 | 200,856 | 7 | 2'10" | 56.5% |
| 39 | | Cambodia | 10,361 0% | 25,460 | 411,562 | 16.1 | 1'2" | 22.2% |
| 40 | | Denmark | 13,744 0% | 24,617 | 205,019 | 8.3 | 1'3" | 50.2% |
| 41 | | Chile | 12,226 0% | 24,242 | 268,247 | 11 | 1'24" | 51.2% |
| 42 | | Sweden | 13,565 0% | 23,210 | 169,415 | 7.2 | 2'22" | 49.7% |
| 43 | · | Anonymous Proxy | 12,502 0% | 23,025 | 105,579 | 4.5 | 1'31" | 63.5% |
| 44 | · | Asia/Pacific Region | 3,535 0% | 21,705 | 132,402 | 6.1 | 48" | 66.8% |
| 45 | | Ireland | 10,737 0% | 21,126 | 238,717 | 11.2 | 1'8" | 34.7% |
| 46 | | Peru | 10,866 0% | 20,858 | 84,772 | 4 | 2'23" | 54.2% |
| 47 | | South Africa | 10,411 0% | 19,634 | 318,389 | 16.2 | 46" | 27.9% |
| 48 | | Brunei Darussalam | 4,794 0% | 19,624 | 622,930 | 31.7 | 52" | 1.5% |
| 49 | | Finland | 11,397 0% | 19,521 | 170,103 | 8.7 | 57" | 47.1% |
| 50 | | Colombia | 8,261 0% | 17,402 | 316,496 | 18.1 | 53" | 44.3% |
| 51 | | Egypt | 10,538 0% | 15,042 | 56,360 | 3.7 | 1'29" | 53.6% |
| 52 | | Israel | 6,885 0% | 13,187 | 46,311 | 3.5 | 1'59" | 64% |
| 53 | | Slovakia | 7,983 0% | 13,123 | 79,325 | 6 | 1'26" | 41.1% |

| # | | Country | Visits | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | | Bulgaria | 6,124 0% | 12,757 | 87,513 | 6.8 | 1'18" | 55.4% |
| 55 | | Portugal | 5,809 0% | 10,218 | 62,260 | 6 | 1'15" | 51.7% |
| 56 | | Curacao | 5,226 0% | 9,724 | 249,970 | 25.7 | 43" | 20.6% |
| 57 | | Belarus | 5,110 0% | 9,716 | 38,144 | 3.9 | 2'10" | 63.3% |
| 58 | | Algeria | 6,073 0% | 9,321 | 68,718 | 7.3 | 1'1" | 47.2% |
| 59 | | Serbia | 4,497 0% | 8,189 | 36,181 | 4.4 | 1'40" | 53.1% |
| 60 | | Lao People's Democratic Republic | 2,728 0% | 7,361 | 113,903 | 15.4 | 1'1" | 22.5% |
| 61 | | Costa Rica | 3,430 0% | 7,050 | 41,272 | 5.8 | 1'28" | 54.3% |
| 62 | | Myanmar | 3,026 0% | 6,696 | 101,974 | 15.2 | 55" | 26.1% |
| 63 | | Panama | 2,472 0% | 6,575 | 94,463 | 14.3 | 58" | 32.3% |
| 64 | | Turkey | 3,515 0% | 6,440 | 39,891 | 6.1 | 1'27" | 57.1% |
| 65 | | Ecuador | 3,072 0% | 6,363 | 20,379 | 3.2 | 2'44" | 61.5% |
| 66 | | Slovenia | 3,483 0% | 6,338 | 63,449 | 10 | 1'35" | 41.7% |
| 67 | | Luxembourg | 3,233 0% | 6,322 | 90,588 | 14.3 | 46" | 31.5% |
| 68 | | Bolivia | 3,328 0% | 5,587 | 41,978 | 7.5 | 1'16" | 44.7% |
| 69 | | Moldova; Republic of | 2,935 0% | 5,376 | 25,115 | 4.6 | 1'29" | 64.8% |
| 70 | | Bangladesh | 2,428 0% | 5,268 | 74,151 | 14 | 1'7" | 29.1% |
| 71 | | Sri Lanka | 2,849 0% | 5,214 | 40,495 | 7.7 | 1'25" | 47.5% |
| 72 | | Pakistan | 2,990 0% | 4,926 | 38,507 | 7.8 | 59" | 44.6% |
| 73 | | Morocco | 3,308 0% | 4,678 | 29,625 | 6.3 | 1'22" | 49.5% |
| 74 | | Lithuania | 2,113 0% | 4,607 | 18,414 | 3.9 | 1'41" | 64.4% |
| 75 | | Croatia | 2,762 0% | 4,565 | 22,348 | 4.8 | 1'31" | 56.7% |
| 76 | | Belize | 2,521 0% | 4,565 | 32,136 | 7 | 1'6" | 57.7% |
| 77 | | Kazakhstan | 2,275 0% | 4,459 | 18,208 | 4 | 2' | 62.3% |
| 78 | | Uzbekistan | 2,501 0% | 4,424 | 14,027 | 3.1 | 2'45" | 60.9% |
| 79 | | Iraq | 3,037 0% | 3,974 | 13,007 | 3.2 | 1'38" | 49.3% |
| 80 | | Estonia | 2,136 0% | 3,957 | 19,289 | 4.8 | 1'47" | 59.6% |
| 81 | | Venezuela | 2,189 0% | 3,900 | 24,237 | 6.2 | 1'56" | 47.3% |
| 82 | | United Arab Emirates | 1,681 0% | 3,839 | 55,666 | 14.5 | 45" | 40.2% |
| 83 | | Jordan | 2,679 0% | 3,839 | 17,720 | 4.6 | 1'27" | 50.9% |
| 84 | | Guatemala | 1,736 0% | 3,643 | 17,085 | 4.6 | 1'25" | 59.5% |
| 85 | | Jamaica | 809 0% | 2,950 | 52,440 | 17.7 | 1'11" | 30.6% |
| 86 | | Bosnia and Herzegovina | 1,364 0% | 2,780 | 11,358 | 4 | 2'5" | 61.1% |
| 87 | | Dominican Republic | 1,342 0% | 2,629 | 11,324 | 4.3 | 1'41" | 58.2% |
| 88 | | El Salvador | 1,261 0% | 2,584 | 8,269 | 3.2 | 1'50" | 62.8% |

| # | Country | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Puerto Rico | 1,103 0% | 2,578 | 8,046 | 3.1 | 2'9" | 63.7% |
| 90 | Iceland | 1,113 0% | 2,575 | 14,456 | 5.6 | 1'25" | 68.2% |
| 91 | Kyrgyzstan | 1,373 0% | 2,475 | 8,450 | 3.4 | 1'55" | 64% |
| 92 | Georgia | 1,182 0% | 2,467 | 17,984 | 7.2 | 1'29" | 54% |
| 93 | Guam | 858 0% | 2,431 | 32,476 | 13.3 | 1'13" | 30.2% |
| 94 | Tunisia | 1,450 0% | 2,295 | 15,510 | 6.7 | 1'38" | 45.5% |
| 95 | Nigeria | 949 0% | 2,219 | 103,923 | 46.8 | 33" | 11% |
| 96 | Paraguay | 962 0% | 2,039 | 9,801 | 4.8 | 1'47" | 48.4% |
| 97 | Uruguay | 1,197 0% | 2,001 | 7,561 | 3.7 | 2'8" | 54.7% |
| 98 | Mongolia | 1,129 0% | 1,794 | 12,603 | 7 | 1'16" | 39.2% |
| 99 | Saudi Arabia | 673 0% | 1,772 | 15,654 | 8.8 | 1'6" | 49.7% |
| 100 | Azerbaijan | 956 0% | 1,744 | 11,985 | 6.8 | 1'50" | 57.6% |
| 101 | Albania | 813 0% | 1,585 | 8,213 | 5.1 | 2'1" | 62.3% |
| 102 | Lebanon | 909 0% | 1,485 | 5,168 | 3.4 | 2'13" | 59.7% |
| 103 | Iran; Islamic Republic of | 864 0% | 1,447 | 20,957 | 14.4 | 55" | 22.5% |
| 104 | Macedonia | 1,059 0% | 1,416 | 5,643 | 3.9 | 2'6" | 55.5% |
| 105 | Trinidad and Tobago | 649 0% | 1,412 | 19,684 | 13.9 | 1'19" | 42.2% |
| 106 | Kenya | 745 0% | 1,389 | 14,705 | 10.5 | 55" | 41.3% |
| 107 | Nepal | 1,021 0% | 1,386 | 6,550 | 4.7 | 1'40" | 42.7% |
| 108 | Solomon Islands | 243 0% | 1,269 | 72,426 | 57 | 40" | 0.7% |
| 109 | Cyprus | 623 0% | 1,266 | 7,076 | 5.5 | 1'23" | 59.1% |
| 110 | Nicaragua | 491 0% | 1,266 | 3,828 | 3 | 2'18" | 60.1% |
| 111 | Armenia | 763 0% | 1,242 | 3,694 | 2.9 | 3'20" | 55.8% |
| 112 | Suriname | 353 0% | 1,163 | 8,671 | 7.4 | 1'22" | 5.5% |
| 113 | Latvia | 666 0% | 1,112 | 5,516 | 4.9 | 1'29" | 46.9% |
| 114 | Honduras | 615 0% | 1,016 | 3,102 | 3 | 2'38" | 50.8% |
| 115 | Monaco | 90 0% | 938 | 3,016 | 3.2 | 7'8" | 38.9% |
| 116 | Syrian Arab Republic | 628 0% | 931 | 3,435 | 3.6 | 2'35" | 47.9% |
| 117 | Papua New Guinea | 328 0% | 896 | 13,094 | 14.6 | 1'32" | 16.7% |
| 118 | Mauritius | 460 0% | 843 | 2,105 | 2.4 | 6'46" | 67.2% |
| 119 | Reunion | 392 0% | 826 | 3,452 | 4.1 | 3'28" | 59% |
| 120 | Tanzania; United Republic of | 341 0% | 814 | 11,893 | 14.6 | 1'13" | 12.8% |
| 121 | Congo; The Democratic Republic of the | 587 0% | 797 | 24,085 | 30.2 | 35" | 5.6% |
| 122 | Malta | 489 0% | 795 | 3,930 | 4.9 | 1'30" | 50.9% |
| 123 | Palau | 521 0% | 736 | 10,065 | 13.6 | 56" | 18.8% |

| # | Country | | | | | | |
|---|---|---|---|---|---|---|---|
| 124 | Palestinian Territory | 478 0% | 665 | 2,016 | 3 | 2'17" | 53.9% |
| 125 | Ethiopia | 375 0% | 664 | 19,449 | 29.2 | 1'42" | 26.8% |
| 126 | Angola | 336 0% | 651 | 8,660 | 13.3 | 1'10" | 32.2% |
| 127 | Madagascar | 371 0% | 634 | 12,813 | 20.2 | 7'42" | 25.5% |
| 128 | Seychelles | 392 0% | 617 | 4,584 | 7.4 | 2'18" | 33.3% |
| 129 | Oman | 268 0% | 593 | 5,828 | 9.8 | 52" | 56.8% |
| 130 | Kuwait | 360 0% | 592 | 3,282 | 5.5 | 1'4" | 44.7% |
| 131 | Cote d'Ivoire | 284 0% | 538 | 5,544 | 10.3 | 33" | 32.5% |
| 132 | Liechtenstein | 184 0% | 483 | 4,238 | 8.7 | 1'1" | 51.5% |
| 133 | Cayman Islands | 84 0% | 454 | 1,652 | 3.6 | 2'17" | 80.1% |
| 134 | Dominica | 110 0% | 429 | 26,435 | 61.6 | 33" | 1.6% |
| 135 | Yemen | 285 0% | 359 | 1,556 | 4.3 | 1'53" | 40.3% |
| 136 | Zambia | 232 0% | 357 | 2,039 | 5.7 | 1'9" | 29.6% |
| 137 | Namibia | 237 0% | 344 | 3,210 | 9.3 | 51" | 51.1% |
| 138 | Fiji | 192 0% | 340 | 3,877 | 11.4 | 1'28" | 38.5% |
| 139 | Montenegro | 244 0% | 337 | 1,121 | 3.3 | 2'56" | 44.8% |
| 140 | Isle of Man | 211 0% | 326 | 1,287 | 3.9 | 1'56" | 52.1% |
| 141 | Senegal | 180 0% | 320 | 1,522 | 4.7 | 1'31" | 41.2% |
| 142 | Maldives | 148 0% | 294 | 1,314 | 4.4 | 1'28" | 40.4% |
| 143 | Bahamas | 137 0% | 284 | 2,564 | 9 | 50" | 48.5% |
| 144 | New Caledonia | 170 0% | 280 | 989 | 3.5 | 1'48" | 65% |
| 145 | Cameroon | 140 0% | 271 | 2,278 | 8.4 | 59" | 36.9% |
| 146 | Tajikistan | 177 0% | 271 | 1,785 | 6.5 | 58" | 39.8% |
| 147 | Uganda | 165 0% | 270 | 2,702 | 10 | 1'2" | 24.4% |
| 148 | Guinea | 164 0% | 270 | 5,330 | 19.7 | 31" | 23.7% |
| 149 | Libyan Arab Jamahiriya | 180 0% | 269 | 743 | 2.7 | 1'14" | 61.7% |
| 150 | Zimbabwe | 77 0% | 243 | 8,531 | 35.1 | 56" | 15.2% |
| 151 | Barbados | 178 0% | 240 | 1,732 | 7.2 | 1'55" | 33.7% |
| 152 | Timor-Leste | 151 0% | 236 | 2,668 | 11.3 | 45" | 6.3% |
| 153 | Qatar | 151 0% | 230 | 2,348 | 10.2 | 47" | 26% |
| 154 | Mozambique | 175 0% | 224 | 1,071 | 4.7 | 1'59" | 33.9% |
| 155 | Sudan | 178 0% | 223 | 1,034 | 4.6 | 1'10" | 47.9% |
| 156 | Gabon | 114 0% | 213 | 2,302 | 10.8 | 16" | 55.3% |
| 157 | Ghana | 166 0% | 212 | 1,074 | 5 | 2'13" | 34.9% |
| 158 | Cuba | 87 0% | 209 | 590 | 2.8 | 1'49" | 56.4% |

| # | Country | % | Visits | Pages | Hits | P/V | Time | BR |
|---|---|---|---|---|---|---|---|---|
| 159 | Jersey | 0% | 113 | 201 | 843 | 4.1 | 2'13" | 60.1% |
| 160 | Djibouti | 0% | 105 | 190 | 1,076 | 5.6 | 1'8" | 19.4% |
| 161 | Sint Maarten | 0% | 50 | 186 | 750 | 4 | 1'43" | 1.2% |
| 162 | Saint Vincent and the Grenadines | 0% | 90 | 176 | 2,684 | 15.2 | 1'3" | 31.8% |
| 163 | French Polynesia | 0% | 75 | 170 | 554 | 3.2 | 1'42" | 62.3% |
| 164 | Aruba | 0% | 85 | 165 | 477 | 2.8 | 1'24" | 63% |
| 165 | Mauritania | 0% | 41 | 159 | 332 | 2 | 3'49" | 79.2% |
| 166 | Rwanda | 0% | 102 | 158 | 525 | 3.3 | 1'52" | 45.5% |
| 167 | San Marino | 0% | 111 | 147 | 3,837 | 26.1 | 46" | 23.8% |
| 168 | Antigua and Barbuda | 0% | 21 | 141 | 2,038 | 14.4 | 1'6" | 26.2% |
| 169 | Martinique | 0% | 74 | 139 | 414 | 2.9 | 5'3" | 49.6% |
| 170 | Andorra | 0% | 49 | 131 | 492 | 3.7 | 53" | 73.2% |
| 171 | Faroe Islands | 0% | 30 | 130 | 176 | 1.3 | 2'41" | 83% |
| 172 | Guyana | 0% | 95 | 129 | 466 | 3.6 | 1'23" | 47.2% |
| 173 | Guadeloupe | 0% | 101 | 120 | 380 | 3.1 | 4' | 49.1% |
| 174 | Botswana | 0% | 72 | 118 | 327 | 2.7 | 2'32" | 46.6% |
| 175 | French Guiana | 0% | 64 | 115 | 1,716 | 14.9 | 37" | 26% |
| 176 | Guernsey | 0% | 58 | 110 | 265 | 2.4 | 2'18" | 66.3% |
| 177 | Bhutan | 0% | 86 | 103 | 285 | 2.7 | 4'8" | 40.7% |
| 178 | Mali | 0% | 76 | 98 | 353 | 3.6 | 1'23" | 36.7% |
| 179 | Equatorial Guinea | 0% | 43 | 92 | 1,175 | 12.7 | 34" | 26% |
| 180 | Bonaire, Saint Eustatius and Saba | 0% | 48 | 91 | 574 | 6.3 | 1'45" | 28.5% |
| 181 | Bermuda | 0% | 74 | 87 | 303 | 3.4 | 2'28" | 37.9% |
| 182 | Malawi | 0% | 39 | 87 | 790 | 9 | 1'10" | 10.3% |
| 183 | Benin | 0% | 76 | 85 | 696 | 8.1 | 57" | 40% |
| 184 | Gibraltar | 0% | 67 | 77 | 457 | 5.9 | 49" | 33.7% |
| 185 | Afghanistan | 0% | 45 | 75 | 211 | 2.8 | 4'14" | 50.6% |
| 186 | Saint Lucia | 0% | 41 | 71 | 551 | 7.7 | 1'27" | 61.9% |
| 187 | Chad | 0% | 58 | 70 | 498 | 7.1 | 22" | 35.7% |
| 188 | Congo | 0% | 57 | 70 | 471 | 6.7 | 1'7" | 25.7% |
| 189 | Niger | 0% | 50 | 65 | 604 | 9.2 | 1'1" | 26.1% |
| 190 | Grenada | 0% | 33 | 62 | 235 | 3.7 | 51" | 66.1% |
| 191 | Bahrain | 0% | 50 | 61 | 201 | 3.2 | 3'7" | 39.3% |
| 192 | Cape Verde | 0% | 23 | 59 | 2,636 | 44.6 | 36" | 22% |
| 193 | Togo | 0% | 24 | 56 | 737 | 13.1 | 38" | 32.1% |

| # | | Country | | Visitors | Pages Views | Pages Views | Avg Pages/Visit | Avg Time | % New Visits |
|---|---|---|---|---|---|---|---|---|---|
| 194 | | Liberia | 0% | 32 | 50 | 127 | 2.5 | 23" | 50% |
| 195 | | Micronesia; Federated States of | 0% | 23 | 49 | 176 | 3.5 | 3'38" | 32.6% |
| 196 | | Haiti | 0% | 30 | 47 | 127 | 2.7 | 1'27" | 55.3% |
| 197 | | Satellite Provider | 0% | 41 | 46 | 351 | 7.6 | 1'6" | 34.7% |
| 198 | | Tonga | 0% | 34 | 45 | 112 | 2.4 | 40" | 24.4% |
| 199 | | Virgin Islands; U.S. | 0% | 17 | 41 | 53 | 1.2 | 7'3" | 75.6% |
| 200 | | SAINT MARTIN | 0% | 8 | 38 | 87 | 2.2 | 21" | 7.8% |
| 201 | | Marshall Islands | 0% | 30 | 34 | 151 | 4.4 | 56" | 29.4% |
| 202 | | Anguilla | 0% | 16 | 34 | 88 | 2.5 | 1'30" | 20.5% |
| 203 | | Burkina Faso | 0% | 29 | 34 | 150 | 4.4 | 2'40" | 52.9% |
| 204 | | Swaziland | 0% | 32 | 33 | 669 | 20.2 | 13" | 15.1% |
| 205 | | Lesotho | 0% | 27 | 33 | 342 | 10.3 | 1'37" | 6% |
| 206 | | Burundi | 0% | 20 | 32 | 136 | 4.2 | 1'51" | 43.7% |
| 207 | | South Sudan | 0% | 17 | 31 | 64 | 2 | 44" | 35.4% |
| 208 | | Greenland | 0% | 18 | 30 | 93 | 3.1 | 2'4" | 43.3% |
| 209 | | Northern Mariana Islands | 0% | 22 | 28 | 299 | 10.6 | 1'25" | 14.2% |
| 210 | | Cook Islands | 0% | 17 | 23 | 260 | 11.3 | 46" | 52.1% |
| 211 | | Saint Kitts and Nevis | 0% | 14 | 19 | 69 | 3.6 | 4'19" | 57.8% |
| 212 | | Aland Islands | 0% | 11 | 18 | 53 | 2.9 | 2'22" | 66.6% |
| 213 | | Sierra Leone | 0% | 16 | 17 | 54 | 3.1 | 45" | 35.2% |
| 214 | | Vanuatu | 0% | 8 | 17 | 46 | 2.7 | 3'12" | 64.7% |
| 215 | | Samoa | 0% | 10 | 16 | 74 | 4.6 | 1'23" | 62.5% |
| 216 | | Comoros | 0% | 10 | 14 | 31 | 2.2 | 2'56" | 9% |
| 217 | | Turks and Caicos Islands | 0% | 8 | 14 | 20 | 1.4 | 1'14" | 85.7% |
| 218 | | Kiribati | 0% | 6 | 14 | 18 | 1.2 | - | 71.4% |
| 219 | | Central African Republic | 0% | 12 | 13 | 63 | 4.8 | 12" | 15.3% |
| 220 | | Gambia | 0% | 11 | 13 | 74 | 5.6 | 21" | 53.8% |
| 221 | | Virgin Islands; British | 0% | 9 | 13 | 42 | 3.2 | 2'34" | 76.9% |
| 222 | | Somalia | 0% | 6 | 9 | 29 | 3.2 | 19" | 55.5% |
| 223 | | Mayotte | 0% | 4 | 8 | 10 | 1.2 | 11'31" | 75% |
| 224 | | Guinea-Bissau | 0% | 6 | 6 | 16 | 2.6 | 52" | 33.3% |
| 225 | | Saint Pierre and Miquelon | 0% | 2 | 3 | 7 | 2.3 | 47" | 66.6% |
| 226 | | American Samoa | 0% | 2 | 2 | 3 | 1.5 | 5" | 50% |
| 227 | | Sao Tome and Principe | 0% | 2 | 2 | 4 | 2 | 53" | 50% |
| 228 | | Korea; Democratic People's Republic of | 0% | 0 | 1 | 10 | 10 | 18" | 0% |

3/2/2021 Case 3:20-cv-05802-BHS Document 18-4 Filed 03/11/21 Page 8 of 8
Histats - Geolocation > www.colsoe.com

| | total | | 114,516,313 | 1,687,815,052 | 114,516,314 | 14.7 | 6" | 42.1% |



Histats.com © 2005-2021 - GDPR tracker policy -Integrate your policy - this website PRIVACY POLICY - Check/do opt-out

https://www.histats.com/viewstats/?SID=981344&act=10&t_1=1583020801&t_2=1612137601&t_mode=range&t_rg=d   8/8