**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and, DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants | **Case No. 3:20-cv-05802-BHS**<br><br>**DECLARATION OF FRANK SCARDINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

**DECLARATION OF FRANK SCARDINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Frank Scardino, declare and state as follows:

1. My name is Frank Scardino. I am over the age of 18 years. I am an associate attorney at Boston Law Group, PC, which is counsel to the Defendants with pending *pro hac vice* applications in the above captioned case. I am licensed to practice law in the Commonwealth of Massachusetts, and my bar number is 703911 in Massachusetts. I make this declaration based upon personal knowledge. All statements contained in this declaration are true and correct to the

1  best of my knowledge.  If called as a witness, I could and would testify as to the facts set forth in
2  this declaration.

3      2.    On March 11, 2021, I visited a section of Cloudflare.com's website.  The specific
4  URL I visited was: https://www.cloudflare.com/about-overview/.  A true and correct screenshot of
5  a portion of this page is attached hereto as <u>Exhibit A</u>.  This portion of Cloudflare's website reads,
6  in part, "Anytime we push code, it automatically affects approximately 25 million Internet
7  properties" and "We serve data from 200 cities in over 100 countries around the world."

8      3.    On March 11, 2021, I visited a section of Cloudflare.com's website.  The specific
9  URL I visited was: https://www.cloudflare.com/network/.  A true and correct PDF copy of this
10 page is attached hereto as <u>Exhibit B</u>.  This portion of Cloudflare's website list the cities in which
11 Cloudflare operates a network site (*i.e.* a server).  According to this page, Cloudflare has servers in
12 the following Asian cities (without limitation) Tokyo, Hong Kong, Osaka, Taipei, Shanghai, and
13 Guangzhou.

14

15 I declare under penalty of perjury that the foregoing facts are true and correct.
16     Executed on March 11, 2021

17

18                                 /s/ Frank Scardino_____
                                   Frank Scardino
19
20
21
22
23
24