

Solutions   Products   Documentation   Resources   Partners   For Enterprise   Pricing

Log In   Sign Up   Under Attack?

# What we do

- Anytime we push code, it automatically affects approximately 25 million Internet properties.
- Every day, thousands of new customers sign up for Cloudflare service.
- We serve 21 million HTTP requests per second on average.
- We serve data from 200 cities in over 100 countries around the world.

