




# The Cloudflare Global Anycast Network

The Cloudflare network spans over 200 cities in more than 100 countries. View system status ›



The larger the network, the better performance and security we can deliver to our customers.

Each location improves the performance, security and reliability of millions of Internet properties, as we expand our surface area to fight growing attacks and serve web requests even closer to the Internet user.

Read about the latest network news >





Atlanta, US

Boston, US

Buffalo, US

Calgary, CA

Charlotte, US

Chicago, US

Columbus, US

Dallas, US

Denver, US

Detroit, US

Honolulu, US

Houston, US

Indianapolis, US

Jacksonville, US

Kansas City, US

Las Vegas, US

Los Angeles, US

Mcallen, US

Memphis, US

Miami, US

Minneapolis, US

Montgomery, US

Montréal, CA

Nashville, US

Newark, US

Norfolk, US

Omaha, US

Ottawa, CA

Philadelphia, US

Phoenix, US

Pittsburgh, US

Portland, US

Richmond, US




San Diego, US

San Jose, US

Saskatoon, CA

Seattle, US

St. Louis, US

Tallahassee, US

Tampa, US

Toronto, CA

Vancouver, CA

Winnipeg, CA

## Latin America & the Caribbean

Arica, CL

Asuncion, PY

Bogota, CO

Buenos Aires, AR

Cordoba, AR

Curitiba, BR

Fortaleza, BR

Guatemala City, GT

Lima, PE

Medellín, CO

Mexico City, MX

Neuquen, AR

Panama City, PA

Paramaribo, SR

Port-Au-Prince, HT

Porto Alegre, BR

Queretaro, MX

Quito, EC





Valparaíso, CL

Willemstad, CW

## Oceania

Adelaide, AU

Auckland, NZ

Brisbane, AU

Melbourne, AU

Noumea, NC

Perth, AU

Sydney, AU

## Middle East

Amman, JO

Baghdad, IQ

Baku, AZ

Beirut, LB

Doha, QA

Dubai, AE

Kuwait City, KW

Manama, BH

Muscat, OM

Ramallah

Riyadh, SA

Tel Aviv, IL

## Europe





Belgrade, RS
Berlin, DE
Brussels, BE
Bucharest, RO
Budapest, HU
Chișinău, MD
Copenhagen, DK
Cork, IE
Dublin, IE
Düsseldorf, DE
Edinburgh, GB
Frankfurt, DE
Geneva, CH
Gothenburg, SE
Hamburg, DE
Helsinki, FI
Istanbul, TR
Kyiv, UA
Lisbon, PT
London, GB
Luxembourg City, LU
Milan, IT
Moscow, RU
Munich, DE
Nicosia, CY
Oslo, NO
Paris, FR
Prague, CZ
Reykjavík, IS
Riga, LV
Rome, IT
Sofia, BG
St. Petersburg, RU
Stockholm, SE
Tallinn, EE
Thessaloniki, GR
Vienna, AT
Vilnius, LT
Warsaw, PL
Zagreb, HR
Zürich, CH

## Africa

Antananarivo, MG
Cape Town, ZA
Casablanca, MA
Dakar, SN
Dar Es Salaam, TZ
Djibouti, DJ
Durban, ZA
Johannesburg, ZA






Maputo, MZ

Mombasa, KE

Monrovia, LR

Port Louis, MU

Reunion, FR

## Asia

Bandar Seri Begawan, BN

Bangkok, TH

Bengaluru, IN

Cebu City, PH

Chennai, IN

Chittagong, BD

Colombo, LK

Dhaka, BD

Hanoi, VN

Ho Chi Minh City, VN

Hong Kong

Hyderabad, IN

Islamabad, PK

Jakarta, ID

Johor Bahru, MY

Karachi, PK

Kathmandu, NP

Kolkata, IN

Kuala Lumpur, MY

Lahore, PK

Macau

Male, MV

Manila, PH

Mumbai, IN

Nagpur, IN

New Delhi, IN

Osaka, JP

Phnom Penh, KH

Seoul, KR

Singapore, SG

Taipei

Thimphu, BT

Tokyo, JP

Ulaanbaatar, MN

Vientiane, LA

Yerevan, AM

## Mainland China

Chongqing, CN

Dongguan, CN

Suzhou, CN

Tianjin, CN







Ningbo, CN
Shanghai, CN
Shenyang, CN
Shijiazhuang, CN
Xian, CN
Zhengzhou, CN
Zhuzhou, CN

Sales

Contact Sales:

+1 (888) 99 FLARE

Getting Started

Community

Developers

Support

Company

© 2021 Cloudflare, Inc.

Privacy Policy | Terms of Use | Disclosure | Cookie Preferences | Trademark