THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>v.<br><br>KA YEUNG LEE, an individual; YOUHARA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM<br><br>Defendants. | Cause No. 3:20-cv-05802- BHS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: April 2, 2021 |

This matter was considered on April 2, 2021 on Defendants Ka Yeung Lee and Youhara Marketing and Promotion Limited's Motion to Dismiss for Lack of Personal Jurisdiction.

Having reviewed the briefs, arguments of counsel and the Court File:

IT IS HEREBY ORDERED THAT DEFENDANTS' MOTION TO DISMISS IS GRANTED.

_____

Hon. Benjamin H. Settle

Presented By:

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

PROPOSED ORDER
Cause No. 20-CV-05802-BHS

Page 1

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

1  403 Madison Ave. N. Suite 240
   Bainbridge Island, Washington  98110
2  Phone (206) 436-0900
   Fax (866) 341-5140
3  phil@mannlawgroup.com

4
   Attorneys for Defendants Ka Yeung Lee
5  and Youhara Marketing and Promotion Limited

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER
Cause No. 20-CV-05802-BHS
Page 2

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

1 **CERTIFICATE OF SERVICE**

2   I hereby certify on the date indicated below, I electronically filed the foregoing
3 with the Clerk of the Court using the CM/ECF system which will send notification of such
4 filing to all parties who have appeared in this matter.

5

6 DATED: March 11, 2021   /s/ *Philip P. Mann*

PROPOSED ORDER
Cause No. 20-CV-05802-BHS
Page 3

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone: 206-436-0900