1

2

3

4

5

THE HONORABLE BENJAMIN H. SETTLE

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT  TACOMA

9

10
WILL CO. LTD. a limited liability company
organized under the laws of Japan,

11
Plaintiff,

12
vs.

13
KA YEUNG LEE, an individual; YOUHARA
MARKETING AND PROMOTION LIMITED, a

14
foreign company; and DOES 1-20 d/b/a

15
THISAV.COM

16

17

Case No. 3:20-cv-05802- BHS

AGREED REQUEST TO RENOTE
DEFENDANTS' MOTION TO
DISMISS FOR LACK OF
PERSONAL JURISDICTION

18
### AGREED REQUEST TO RENOTE MOTION

19
        Subject to approval of this Court, Defendants Ka Yeung Lee and Youhara Marketing

20
and Promotion Limited ("Defendants"), and Plaintiff Will Co. Ltd.  hereby agree and request

21
that defendants' Motion To Dismiss For Lack Of Personal Jurisdiction (Docket No. 18)  be

22
re-noted from April 2, 2021 to April 16, 2021.  The purpose of this extension is based on the

23
following:

24
        1.        Plaintiff's Opposition to Defendants' Motion to Dismiss raises factual and

25
legal issues which Defendants would like to review further with their clients, who are located

in Hong Kong.

26

27

REQUEST TO RENOTE MOTION
20-CV-05802-BHS - 1

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436-0900

2.      Plaintiff in this case had apparently requested and received documents from a third party, some of which Plaintiffs utilized in their Opposition to Defendants' Motion. These documents were not previously provided to Defendants.

3.       Because Defendants had not seen or received the documents that had been produced to Plaintiff prior to the filing of Plaintiff's Opposition, Defendants requested that Plaintiff produce said documents and provide Defendants with a two-week courtesy extension of time in order to permit Defendants time to review the materials and prepare an adequate response to the same.

4.      Counsel for Plaintiff has graciously agreed to Defendants' request that the motion be re-noted to April 16, 2021.

5.      This request to re-note the motion is made in accordance with such agreement among Defendants' and Plaintiff's counsel and is not made for purposes of delay or any other improper purpose.

Dated this 1st day of April, 2021.

Respectfully Submitted:

/s/ *Philip Mann*
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ *Valentin Gurvits*
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

STIPULATION TO RENOTE MOTION
 20-CV-05802-BHS - 2

1  /s/ *Evan Fray-Witzer*
   Evan Fray-Witzer (pro hac vice)
2  CIAMPA FRAY-WITZER, LLP
   20 Park Plaza, Suite 505
3  Boston, Massachusetts 02116
   Telephone: 617-426-0000
4  Facsimile: 617-423-4855
5  Evan@CFWLegal.com

6  Attorneys for Defendants

7

8  /s/ *Spencer Freeman*
   Spencer D. Freeman, WSBA No. 25069
9  1107 1⁄2 Tacoma Avenue South
   Tacoma, Washington 98042
10 Telephone: 253-383-4500
   Facsimile: 253-383-4501
11 sfreeman@freemanlawfirm.org
   sierra@freemanlawfirm.org
12

13 Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO RENOTE MOTION
 20-CV-05802-BHS - 3

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436-0900

1

CERTIFICATE OF SERVICE

2

    I, Philip P. Mann, hereby certify that on April 1, 2021, I caused a true and correct copy

3

of the foregoing REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS FOR

4

LACK OF PERSONAL JURISDICTION to be filed in this Court's CM/ECF system which

5

will send notice of such filing to all parties who have appeared in this matter.

6

7

DATED:  April 1, 2021.

8

9

                               *s/ Philip P. Mann*
                               Philip P. Mann, WSBA No. 28860
                               Mann Law Group pllc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436-0900