

[日本語](#)

## List of Services



**Movies**
Viewable on PC, smartphones and various other devices. There is also a selection of popular VR titles.

**Subscription Movies**
For a fixed monthly charge, you gain unlimited, on-demand access to many movies. Choose from an expansive list of channels.

**Unlimited Channel Light**
Gain unlimited, on-demand access to this special channel for a discounted price. The channel is updated three times per week with new, popular titles.

**Free Movies**
You can readily watch any of the free movies to your heart's content.

**Live Chat**
A comprehensive network of Japan's very best live chats.
Have a good time chatting one to one or in a party.

**DVD/CD Rental**
For a fixed monthly charge, rent DVDs, Blu-rays and CDs without the need to worry about return dates or late fees.

**Self-Publish**
Purchase exclusive titles available here and nowhere else.
You can even sell your own works after a simple registration process.

**E-Works**
A collection of Japan's top-class works, from book and comic backnumbers to exclusive streamable titles.

**Unlimited E-Works**
Unlimited reading of popular manga for a fixed monthly fee. One of the best selections in Japan.

**E-Shopping**

[Purchase a wide variety of items, from magazines and comics to general goods, PC games and amateur works. We also offer special sales, pre-ordering and even presents!](#)

[News/Information](#)
[As we know everyone these days lives busy lives, we provide to-the-point news about hot and exciting new developments in the industry.](#)



[Movies](#)
[English and Chinese site. Viewable on PC, smartphones and various other devices. There is also a selection of popular VR titles.](#)

[Subscription Movies](#)
[English and Chinese site. For a fixed monthly charge, you gain unlimited, on-demand access to many movies. Choose from an expansive list of channels.](#)

## Company Outline

Name
  Digital Commerce Inc.

Address
  Mita Bellju Building 17F, 5-36-7 Shiba, Minato-ku, Tokyo, 108-0014, JAPAN[地図](#)

Founding
  2017/12/26

Representative Director
  Shimazaki Hiroyuki

Capital Stock
  10,000,000 JPY

Financial closing month
  February

Industry
  Internet business

© 2018 Digital Commerce Inc.