Home > Whois Lookup > r18.com

## Whois Record for r18.com

### − Domain Profile

| | |
|---|---|
| **Registrant** | Domain Master |
| **Registrant Org** | Digital Commerce Inc. |
| **Registrant Country** | jp |
| **Registrar** | 1API GmbH<br>IANA ID: 1387<br>URL: http://www.1api.net<br>Whois Server: whois.1api.net<br><br>abuse@1api.net<br>(p) 4968416984200 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 8,141 days old<br>Created on 1998-12-29<br>Expires on 2021-12-29<br>Updated on 2019-12-23 |
| **Name Servers** | NS-1388.AWSDNS-45.ORG (has 37,614 domains)<br>NS-1926.AWSDNS-48.CO.UK (has 430 domains)<br>NS-44.AWSDNS-05.COM (has 6,566 domains)<br>NS-732.AWSDNS-27.NET (has 226 domains) |
| **Tech Contact** | Domain Master<br>GMO Brights Consulting Inc.<br>Cerulean Tower, 26-1 Sakuragaoka-cho,<br>Shibuya-ku, Tokyo, 150-8512, jp<br><br>domain.master@brights.jp<br>(p) 81357841069  (f) 81334625040 |
| **IP Address** | 104.18.24.203 - 15 other sites hosted on this server |
| **IP Location** | - California - San Francisco - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 18 changes on 18 unique IP addresses over 17 years |
| **Registrar History** | 5 registrars with 1 drop |

| | |
|---|---|
| **Hosting History** | 9 changes on 9 unique name servers over 17 years |

**— Website**

| | |
|---|---|
| **Website Title** | R18 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record ( last updated on 2021-04-13 )**

```
Domain Name: R18.COM
Registry Domain ID: 2890667_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.1api.net
Registrar URL: http://www.1api.net
Updated Date: 2019-12-24T07:09:14Z
Creation Date: 1998-12-30T05:00:00Z
Registrar Registration Expiration Date: 2021-12-30T05:00:00Z
Registrar: 1API GmbH
Registrar IANA ID: 1387
Registrar Abuse Contact Email:   abuse@1api.net
Registrar Abuse Contact Phone: +49.68416984x200
Reseller: Brights Consulting Inc. http://brightsconsulting.com
Domain Status: clientTransferProhibited - http://www.icann.org/epp#clientTransferProhib
ited
Registry Registrant ID:
Registrant Name: Domain Master
Registrant Organization: Digital Commerce Inc.
Registrant Street: Mita Bellju Building 17F, 5-36-7 Shiba
Registrant City: Minato-ku
Registrant State/Province: Tokyo
Registrant Postal Code: 108-0014
Registrant Country: JP
Registrant Phone: +81.362777718
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:   domain.master@brights.jp
Registry Admin ID:
Admin Name: Domain Master
Admin Organization: Digital Commerce Inc.
Admin Street: Mita Bellju Building 17F, 5-36-7 Shiba
Admin City: Minato-ku
Admin State/Province: Tokyo
Admin Postal Code: 108-0014
Admin Country: JP
Admin Phone: +81.362777718
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:   domain.master@brights.jp
Registry Tech ID:
Tech Name: Domain Master
Tech Organization: GMO Brights Consulting Inc.
Tech Street: Cerulean Tower, 26-1 Sakuragaoka-cho
Tech City: Shibuya-ku
Tech State/Province: Tokyo
Tech Postal Code: 150-8512
Tech Country: JP
Tech Phone: +81.357841069
Tech Phone Ext:
Tech Fax: +81.334625040
```

```
Tech Fax Ext:
Tech Email:  domain.master@brights.jp
Name Server: ns-44.awsdns-05.com
Name Server: ns-732.awsdns-27.net
Name Server: ns-1926.awsdns-48.co.uk
Name Server: ns-1388.awsdns-45.org
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
```



**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| **General TLDs** | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

☐ r18.com    View Whois

| r18.net | View Whois |
|---|---|
| r18.org | View Whois |
| r18.info | View Whois |
| r18.biz | View Whois |
| r18.us | View Whois |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2021 DomainTools