**MOVIES**   SIGN UP   LOGIN

VR

CHANNELS

HENTAI

operator to use the same.
2. A user shall not reprint, replicate, modify, or distribute to the public, the Contents, or engage in any and all other acts that infringe upon any right of the operator or of a third party in connection therewith.

**Article 12 (Business Transfer)**
If the operator transfers the business of the Service to a third party, the operator may, as a result of the said business transfer, transfer to the transferee in relation to the said business transfer its status as the operator of the Service, its rights and obligations under the Terms, and registered and other user information, and users shall agree in advance to the transfer of their status as users, their rights and obligations under the Terms, and registered and other user information.

**Article 13 (Contracting)**
The operator may contract to a third party the whole or part of the duties for the Service and have the third party perform the same.

**Article 14 (Severability)**

Even in the event that any of the provisions of the Terms, or any part thereof, has been deemed to be invalid or unenforceable in accordance with the Consumer Contract Act or any other law, regulation, etc., the remaining provisions of the Terms shall remain in effect with full force.

**Article 15 (Governing Laws and Agreed-to Court with Exclusive Jurisdiction)**
1. The Terms shall be construed in accordance with the laws of Japan.
2. The operator and users shall agree in advance that they should submit to the exclusive first-instance jurisdiction of the Tokyo District Court in any dispute that may arise between the operator and any user in connection with the Service or with the Terms.

**Article 16 (Language)**
The Terms shall be construed in the Japanese language. Any translation into another language will be provided for users' convenience only and shall have no effect on the interpretation of the Terms in the Japanese language.
[Terms of Service in Japanese ]

**Article 17 (Time)**
Any time indicated or used on the Site or in the Service shall be Japan Standard Time.

## Chapter II (Digital Contents Provision Service)

**Article 18 (Digital Contents Provision Service)**
1. The digital contents provision service constitutes the granting by the operator to users of the non-exclusive, non-transferable limited right to use digital contents pursuant to the scope and method specified by the operator.
2. The operator may, notwithstanding the specification of the viewing period at the time of purchase, change the viewing period for the purchased digital contents if compelling circumstances exist. In such case, the operator shall be under no obligation to give any refund to the user.
3. The operator provides no guarantee to users that the purchased digital contents should be downloadable for an indefinite period of time. the operator may at any time limit the downloading of any purchased digital contents. In such case, the operator shall be under no obligation to give any refund to the user.

**Article 19 (Trial Offer)**
1. The operator may introduce Trial offer in certain Services.
2. A user who tries out Services by purchasing Trial offer may have limited access to the Services.