


手機版網站・支

| 首頁 | 18禁遊戲區 | 影片 | 分類 | 無修正 JAVHD | 無修正 |

搜索... | 影片 ▾ | 搜索 [高級搜索]

**Terms And Conditions**

上傳

標籤: 痴漢 デビュー 熟女 三上 橋本ありな 爆乳 高

1. ACCEP

By using and/or visiting the ThisAV website (collectively, including but not limited to all Content, Uploads and User Submissions available through ThisAV.com, "ThisAV", the website) you agree to the te conditions contained herin and the terms and conditions of ThisAV's privacy policy incorporated herin, and all future amendments and modifications (collectively referred to as the "Agreement"). By enter agree to be bound by these terms and conditions. If you do not agree to be bound by the terms and conditions contained herein, then do not use This

The terms and conditions of this Agreement are subject to change by ThisAV at any time in its sole discretion and you agree be bound by all modifications, changes and/or revisions. If you do not accept to b by any and all modifications, changes and/or revisions of this agreement, you many not use This

The terms and conditions contained herein apply to all users of ThisAV whether a 'visitor' or a 'member' and you are only authorized to use ThisAV.com if you agree to abide by all applicable laws and be bound by the terms and conditions of this Agre

2. DESCRIPTION OF SER

The ThisAV website allows for uploading, sharing and general viewing various types of content allowing registered and unregistered users to share and view visual depictions of adult content, including s explicit images. In addition, ThisAV contains video content, information and other materials posted/uploaded by users. ThisAV allows its users to view the Content and Website subject to the terms and cond this Agre

The ThisAV website may also contain certain links to third party websites which are in no way owned or controlled by ThisAV. ThisAV assumes no responsibility for the content, privacy policies, practices of a all third party websites. ThisAV cannot censor or edit the content of third party sites. You acknowledge that ThisAV will not be liable for any and all liability arising for your use of any third-party w

ThisAV.com is for your personal use and shall not be used for any commercial endeavor except those specifically endorsed or approved by ThisAV.com. Any illegal and/or unauthorized use of ThisAV is pr including but not limited to collecting usernames and e-mail addresses for sending unsolicited emails or unauthorized framing or linking to the ThisAV website is pro

3. A

In order to use this website, you affirm that you are at least eighteen (18) year of age and/or over the age of majority in the jurisdiction you reside and from which you access the website where the age of ma greater than eighteen (18) years of age. If you are under the age of 18 and/or under the age of majority in the jurisdiction you reside and from which you access the website, then you are not permitted to w

4. USER CO

You acknowledge and agree that you shall be responsible for your own user submissions and the consequences of posting, uploading, publishing transmitting or other making them available on ThisAV. Yo that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on ThisAV content which is illegal, unlawful, harassing, harmful, threatening, tortuous, a defamatory, obscene, libelous, invasive of one's privacy including but not limited to personal information, hateful, racial. You also agree that you shall not post, upload, publish, transmit or make available in a on ThisAV software containing viruses or any other computer code, files, or programs designed to destroy, interrupt, limit the functionality of, or monitor, or persistently reside in or on any computer soft hardware or telecommunications equipment. You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on ThisAV content which is intentio unintentionally violating any applicable local, state, national, or international law, or any regulations or laws having the force of law where you reside and elsewhere, including but not limited to any laws or reg relating to securities, privacy, and export control; engage in, promote, You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on ThisAV depicting illegal activities, promote or depict physical harm or injury against any group or individual, or promote or depict any act of cruelty to animals; You agree not to use ThisAV in any way that exposes T criminal or civil

You agree that ThisAV shall have the right to determine in its sole and unfettered discretion, what action shall be taken in the event of any discovered or reported violation of the terms and conditions co

5. INTELLECTUAL PRO

The Content contained on the ThisAV with the exception of User Submissions including but not limited to the text, software, scripts, graphics, music, videos, photos, sounds, interactive features and trade service marks and logos contained therein, are owned by and/or licensed to ThisAV, subject to copyright and other intellectual property rights under United States, Canada and foreign laws and inter conventions. Content on the Website is provided to you AS IS for your information and personal use only and may not be used, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, lice otherwise exploited for any other purposes whatsoever without the prior written consent of the respective owners. ThisAV reserves all rights not expressly granted in and to the Website and the Content. You a not engage in the use, copying, or distribution of any of the Content other than expressly permitted herein, including any use, copying, and/or distribution of User Submissions of third parties obtained thro Website for any commercial purposes. If you download or print a copy of the Content for personal use, you must retain all copyright and other proprietary notices contained therein. You agree not to circumvent, or otherwise interfere with security related features of the ThisAV or features that prevent or restrict use or copying of any Content or enforce limitations on use of the ThisAV Website or the

6. USER SUBMIS

ThisAV permits the submission of video and other communications and the hosting, sharing and publishing of such user submissions. You understand that whether or not such User Submissions are publishe uploaded, ThisAV does not guarantee any confidentiality with respect to any subm

ThisAV allows/permits you to link to materials on the Website for personal, non-commercial purpose

You shall be solely responsible for any and all of your own User Submissions and the consequences of posting, uploading and publishing them. Furthermore, with User Submissions, you affirm, represen warra

1. you own or retain the necessary licenses, rights, consents, and permissions to use and authorize ThisAV to use all trademarks, copyrights, trade secrets, patents, or other proprietary rights in and to any User Submissions to enable inclusion and use of the User Submissions in the manner contemplated by the Website and these Terms of Servi
2. you will not post, or allow anyone else to post, any material that depicts any person under the age of 18 years and you have inspected and are maintaining written documentation sufficient to confirm subjects of your submissions are, in fact, over the age of 18
3. You have the written consent, release, and/or permission of each and every identifiable individual person in the User Submission to use the name or likeness of each and every such identifiable individua to enable inclusion and use of the User Submissions in the manner contemplated by the Website and these Terms of Service. For clarity, you retain all of your ownership rights in your User Submiss submitting the User Submissions to ThisAV, you hereby grant ThisAV a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative w display, and perform the User Submissions in connection with the ThisAV Website and ThisAV's (and its successor's) business, including without limitation for promoting and redistributing part or all of the Website (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the ThisAV Website a non-exclusive license to access your User Subm through the Website, and to use, reproduce, distribute, prepare derivative works of, display and perform such User Submissions as permitted through the functionality of the Website and under these T Service. The foregoing license granted by you terminates once you remove or delete a User Submission from the ThisAV W

In submitting material (video or other communication), you further agree that you sh
4. submit material that is copyrighted, protected by trade secret or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have per from their rightful owner to post the material and to grant ThisAV all of the license rights granted
5. publish falsehoods or misrepresentations that could damage ThisAV or any thir
6. submit material that is obscene, illegal, unlawful, , defamatory, libelous, harassing, hateful, racially or ethnically offensive, or encourages conduct that would be considered a criminal offense, give ris liability, violate any law, or is otherwise inapprop
7. post advertisements or solicitations of bu
8. Impersonate another person. ThisAV does not endorse any User Submission or any opinion, recommendation, or advice expressed therein, and ThisAV expressly disclaims any and all liability in connect User Submissions. ThisAV does not permit copyright infringing activities and infringement of intellectual property rights on its Website, and ThisAV will remove all Content and User Submissions if properly that such Content or User Submission infringes on another's intellectual property rights. ThisAV reserves the right to remove Content and User Submissions without prior notice or delay. ThisAV will also ter User's access to its Website, if they are determined to be an infringer. While pornographic and adult content are accepted, ThisAV also reserves the right to decide in its sole and unfettered discretion, v Content or a User Submission is appropriate and complies with these Terms of Service for violations other than copyright infringement and violations of intellectual property law, such as, but not limited to, obs defamatory material, or excessive length. ThisAV may remove such User Submissions and/or terminate a User's access for uploading such material in violation of these Terms of Service at any time, witho notice and at its sole dis

You understand and acknowledge that when using ThisAV.com, you will be exposed to User Submissions from a variety of sources, and that ThisAV is not responsible for the accuracy, usefulness, s intellectual property rights of or relating to such User Submissions. You further understand and acknowledge that you may be exposed to User Submissions that are inaccurate, offensive, indecent, or object

and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against ThisAV with respect thereto, and agree to indemnify and hold ThisAV, its Owners, operators, and/or licensors, harmless to the fullest extent allowed by law regarding all matters related to your use of the website. You agree that ThisAV may at its sole discretion have the right to refuse to remove, or block access to any User Submission that is available via the Website or other ThisAV network or services at any time, for any reason, or for no reason at all, with or without

ThisAV provides its website as a service to its users. However, ThisAV assumes no responsibility whatsoever for monitoring the ThisAV Services for inappropriate content or conduct. If at any time ThisAV ch its sole discretion, to monitor the ThisAV Services, however, ThisAV assumes no responsibility for the content, no obligation to modify or remove any inappropriate content, and no responsibility for the condu User submitting any such content. ThisAV may review and delete any User Submissions that, in its sole judgment, violates this Agreement or may be otherwise offensive or illegal, or violate the rights, h threaten the safety of any User or person not associated with the Website (collectively "Inappropriate User Submissions"). You are solely responsible for the User Submissions that you make visible on the We to any third-party website via an embedded player provided by the Website or any other material or information that you transmit or share with other Users or unrelated third-parties via the W

7. F

ThisAV abides by a ZERO TOLERANCE policy relating to any illegal content. Child Pornography, bestiality, rape, torture, snuff, death and/or any other type of obscene and/or illegal material shall not be toler ThisAV. ThisAV shall not condone child pornography and will cooperate with all governmental agencies that seek those who produce child porno

8

You acknowledge that ThisAV reserves the right to charge for ThisAV services and to change its fees from time to time in its discretion. Further more, in the event ThisAV terminates your rights to use the because of a breach of this Agreement, you shall not be entitled to the refund of any unused portion of subscripti

9. WARR

You represent and warrant that all of the information provided by you to ThisAV to participate in the ThisAV website is accurate and current and you have all necessary right, power, and authority to enter Agreement and to perform the acts required of you here

As a condition to using the ThisAV, you must agree to the terms of ThisAV's privacy policy and its modifications. You acknowledge and agree that the technical processing and transmission of the Website, i your User Submissions, may involve transmissions over various networks; and changes to conform and adapt to technical requirements of connecting networks or devices. You further acknowledge and ag other data collected and maintained by ThisAV with regard to its users may be disclosed in accordance with the ThisAV Privacy

10. WARRANTY DISCL

YOU AGREE THAT YOUR USE OF THE THISAV WEBSITE SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, THISAV, ITS OFFICERS, DIRECTORS, EMPLOYEE AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE WEBSITE AND YOUR USE THEREOF. THISAV MAKES NO WARRANTIES OR REPRESENTATIONS ABO ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FO
9. ERRORS, MISTAKES, OR INACCURACIES OF CON
10. PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR WE
11. ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED TH
12. ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR WEBSITE, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED THROUGH OUR WEBSITE BY ANY THIRD PARTY, A
13. ANY ERRORS OR OMISSIONSIN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITT OTHERWISE MADE AVAILABLE VIA THE THISAV WEBSITE. THISAV DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTIS OFFERED BY A THIRD PARTY THROUGH THE THISAV WEBSITE OR ANY HYPERLINKED WEBSITE OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND THISAV WILL NOT BE A PAR OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PR OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE. THE FOREGOING LIMITAT LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION. YOU SPECIFICALLY ACKNOWLEDGE THAT THISAV SHALL NOT BE LIABLE FOR SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WIT

11. LIMITATION OF LI

IN NO EVENT SHALL THISAV, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQU DAMAGES WHATSOEVER RESULTING FRO
14. ERRORS, MISTAKES, OR INACCURACIES OF CON
15. PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR WE
16. ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED TH
17. ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR WE
18. ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR WEBSITE BY ANY THIRD PARTY, A
19. ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, OR OTHERWISE MADE AVAILABLE VIA THE THISAV WEBSITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER ORNOT THE COMP ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISD YOU SPECIFICALLY ACKNOWLEDGE THAT THISAV SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AN THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WIT

12. INDE

You agree to defend, indemnify and hold harmless ThisAV, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs and expenses (including but not limited to attorney's fees) arisin
20. your use of and access to the ThisAV W
21. your violation of any term of these Terms of S
22. your violation of any third party right, including without limitation any copyright, property, or privacy
23. Any claim that one of your User Submissions caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the ThisAV W

You affirm that you are either more than 18 years of age or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obli affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms and Conditions contained

13. ASSIG

The Terms and Conditions contained herein and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by ThisAV without res

If any term, clause or provision of the agreement is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any term, clause or provision a invalid term, clause or provision shall be deemed to be severed from this Agre

14. JURISD

This Agreement shall be governed by and construed in accordance with the laws of Republic of Panama, without regard to conflicts of law principles. The sole and exclusive jurisdiction and venue for any a proceeding arising out of or related to this Agreement shall be in an appropriate state or federal court located in the Republic of Panama. You hereby submit to the jurisdiction and venue of said Courts. You to service of process in any legal proc

· 常見問題 · 條款和條件 · 隱私政策 · DMCA · 2257 · 管理員 · 廣告 ·
版權 © 2009-2021 ThisAV.com - 世界第一中文成人娛樂網站, 保留所有權利.