ThisAV 世界第一中文成人娛樂網站

Bookmarks registered log in
Mobile website · Support/

Home page | 18 Forbidden Game Zone | film | classification | Uncorrected JAVHD | Uncorrecte

search for... film Search [ Advanced Search ] Uploa

label:

subtitles Matsumotoメイ Furukawaいおri W

## User reaction

opinion? comment? defect? problem? We all want to know! Email us and let us know how to improve ThisAV! The contact form is here.

department: general

e-mail:

name:

news:

send

## Have you checked our FAQ?

Before sending your feedback, you can take a look at our FAQ page. This may answer your q about the website. To access the FAQ page, please cl

## Why join ThisAV

ThisAV is an all-Chinese adult pornographic video and photo album sh community we

Watch porn videos and photo albums for
Share favorite porn videos and photos with fri
Meet other users and make other friends who also enjoy
Upload your videos and photos to audiences around the w

**Become a registered user of ThisAV immedi**

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 · Administrator · Advertising ·

Copyright © 2009-2021 ThisAV.com-the world's first Chinese adult entertainment website, all rights reserved.

RTA RESTRICTED TO ADULTS Norton Safe Web Status

