**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and, DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants | **Case No. 3:20-cv-05802-BHS**<br><br>**DECLARATION OF JANUS TAM, ON BEHALF OF YOUHAHA MARKETING AND PROMOTION LIMITED, IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**DECLARATION OF JANUS TAM, ON BEHALF OF
YOUHAHA MARKETING AND PROMOTION LIMITED, IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION**

I, Janus Tam, declare and state as follows:

1.  My name is Janus Tam, I am over the age of 18 years. I am the Secretary of Defendant Youhaha Marketing and Promotion Limited ("YMP"), a limited company registered in Hong Kong. YMP is the owner and operator of the website "ThisAV.com." I make this declaration on behalf of YMP, based upon personal knowledge and, where applicable, my consultation with other YMP personnel and my review of business records. All statements

contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. The "Privacy" page of ThisAV.com is located at the following URL: https://www.thisav.com/static/privacy. This privacy page mistakenly makes reference to a website "AVhere.com."

3. Neither YMP nor ThisAV.com have any connection whatsoever with the website AVhere.com, and the reference made to it on ThisAV.com's privacy page was done by mistake and should have referred to ThisAV.com instead of AVhere.com. I believe that this mistake was made by the contractor who set up ThisAV.com many years ago and this contractor improperly inserted the incorrect information referenced above.

4. The privacy page also mistakenly states that "ThiaAV.com [sic] is a website available from its location in the United States of America." This statement too was improperly included by the contractor who set up ThisAV.com many years ago and was not written by ThisAV.com. This statement is obviously incorrect as ThisAV.com is not, and has never been, located in or operated out of, the United States of America.

5. This contractor also erroneously put language in ThisAV.com's terms of service (at the following URL: https://www.thisav.com/static/terms) stating that, "This Agreement shall be governed by and construed in accordance with the laws of Republic of Panama, without regard to conflicts of law principles. The sole and exclusive jurisdiction and venue for any action or proceeding arising out of or related to this Agreement shall be in an appropriate state or federal court located in the Republic of Panama." ThisAV.com has no connections to Panama and we certainly did not intend to be bound by the laws of Panama or subject to jurisdiction there.

1  I declare under penalty of perjury that the foregoing facts are true and correct to the best of my
2  knowledge.

3

4       Executed on April 14, 2021.

5

6                                              _____
                                               Youhaha Marketing and Promotion Limited
7                                              By: Janus Tam
                                               Title: Secretary