UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants. | **Case No.: 3:20-cv-05802-BHS**<br><br>**PLAINTIFF WILL CO. LTD.'S STATUS REPORT** |

Plaintiff, Will Co. Ltd. (hereinafter "Will Co." or the "Plaintiff") files this Status Report.

On June 30, 2021, the Court granted Defendants Lee and YouHaHa Marketing's (YMP) motion to dismiss for lack of personal jurisdiction. In that same Order, the Court required Plaintiff to submit a status report regarding the remaining Doe Defendants. Dkt. No. 30.

Plaintiff will not be able offer any other jurisdictionally relevant evidence pertaining to any Doe Defendants that was not offered in response to Defendants Lee and YMP motion to

dismiss. Thus, while Plaintiff respectfully disagrees with the Court's analysis and conclusion, the Plaintiff must concede at this point the same would apply to the Doe Defendants.

RESPECTFULLY SUBMITTED this 16th day of July 2021.

                           **FREEMAN LAW FIRM, INC.**

                           */s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

Attorneys for Plaintiff