Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants. | Case No.:  3:20-cv-05802-BHS<br><br>**NOTICE OF APPEAL** |

NOTICE is hereby given that Plaintiff Will Co. Ltd. in the above-entitled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Defendant's Motion To Dismiss For Lack of Personal Jurisdiction (Dkt. 30) that was entered on June 30, 2021. This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

Dated this 30th day of July 2021.

**FREEMAN LAW FIRM, INC.**

*s/ Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff Hunting*