# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEE, et al.,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:20-cv-05802-BHS |

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT DOES HEREBY **ORDER:**

　　Per Plaintiff's status report, Dkt. 31, Defendants Does 1-20 are terminated and this case is closed.

Dated August 3, 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Stefan Prater
　　　　　　　　　　　　　　　　　　Deputy Clerk