FILED

SEP 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILL CO., LTD., a limited liability company organized under the laws of Japan,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>KA YEUNG LEE, an individual; et al.,<br><br>Defendants-Appellees. | No.   21-35617<br><br>D.C. No. 3:20-cv-05802-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: WARDLAW, GOULD, and BENNETT, Circuit Judges.

Defendant-Appellees' unopposed motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc to September 30, 2022 (Dkt. No. 34) is **GRANTED**.

**IT IS SO ORDERED.**