FILED

OCT 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILL CO., LTD., a limited liability company organized under the laws of Japan, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> KA YEUNG LEE, an individual; et al., <br><br> Defendants-Appellees. | No.   21-35617 <br><br> D.C. No. 3:20-cv-05802-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

Before: WARDLAW, GOULD, and BENNETT, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing and rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc is **DENIED.**