UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KA YEUNG LEE, et al., <br><br> Defendants. | CASE NO. C20-5802 BHS <br><br> ORDER |

THIS MATTER is before the Court on Remand from the Ninth Circuit. Dkts. 36 and 39. The Ninth Circuit's opinion reversed this Court's Order, Dkt. 30, dismissing the case for lack of personal jurisdiction over the defendants. It held that Plaintiff Will Co. had established that the owners and operators of Defendant ThisAV.com had purposefully directed the content of ThisAV.com to the United States.

It remanded the matter for this Court to address the remaining prongs of personal jurisdiction under what is often referred to as the federal long arm statute, Federal Rule of Civil Procedure 4(k)(2). Those remaining factors are (1) whether the lawsuit arises out of the defendants' forum-related activities, and (2) whether the exercise of jurisdiction is reasonable. Dkt. 36 at 11, 21.

ORDER - 1

The parties shall meet and confer and file a Joint Status Report addressing a timeline and a mechanism for resolving these outstanding issues. The Court is inclined to address them in an Order resolving a motion (or competing motions) on the jurisdictional issue. The parties are free to propose an alternate course, and to raise any additional matters the Court will need to address.

The Joint Status Report shall be filed within 21 days.

IT IS SO ORDERED.

Dated this 10th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge