UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan, Plaintiff, vs. KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM Defendants | Case No. 3:20-cv-05802-BHS |

## PARTIES' JOINT STATUS REPORT

In response to the Court's Order of November 10, 2022, the Parties jointly propose the following briefing schedule to address the issue of whether an exercise of personal jurisdiction would be "fair" as required by the Due Process Clause:

- Defendants' Supplemental Brief – filed on or before January 16, 2023
- Plaintiff's Supplemental Opposition – filed on or before January 30, 2023
- Defendants' Supplemental Reply (if any) - filed on or before February 6, 2023

This proposed schedule takes into account the holiday plans of counsel as well as counsels' respective workloads in other pending matters.

The Parties respectfully request that the Court enter a briefing schedule as outlined above.

Respectfully Submitted:

*/s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA # 25069
FREEMAN LAW FIRM, INC.
107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 –
(253) 383-4501 (fax)
sfreeman@freemanlawfirm.org

**Attorney for Plaintiff Will Co.**

/s/ Philip Mann
Philip P. Mann, Esq. (WSBA No. 28860)
**Mann Law Group PLLC**
403 Madison Ave. N, Ste. 240
Bainbridge Island, WA 98110
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

**Attorneys for Defendants**

Dated: December 16, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify on October 12, 2022, I served the foregoing document on counsel of record through the ECF filing system.

/s/ Evan Fray-Witzer