**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan, <br> Plaintiff, <br><br> vs. <br><br> KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM <br><br> Defendants | **Case No.** <br> **3:20-cv-05802-BHS** |

**SUPPLEMENTAL DECLARATION OF KA YEUNG LEE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS DECLARATION OF KA YEUNG LEE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Ka Yeung Lee, declare and state as follows:

1. My name is Ka Yeung Lee. I am over the age of 18 years. I am a Director of Defendant Youhaha Marketing and Promotion Limited ("YMP"), a company registered in Hong Kong. (Hong Kong is officially known as the Hong Kong Special Administrative Region of the People's Republic of China, but hereinafter referred to as "Hong Kong"). If called as a witness, I could and would testify as to the facts set forth in this declaration

SUPPLEMENTAL DECLARATION OF KA YEUNG LEE

2. In March of 2021, I submitted a declaration in this case. Because a number of facts have changed in the intervening time, I submit this supplemental declaration.

3. I have lived and worked in Hong Kong for almost my entire life. As noted in my prior declaration, I moved to Canada in September 2020 on a work visa, and, at the time of my last declaration, I was living and working in Canada. I have now returned to Hong Kong, where I remain a permanent resident.

4. In April of 2021, the company that previously provided server space for the ThisAV.com website, Gorilla Servers, suffered a fire that interrupted service for a period of time. (See Exhibit 1 to this Declaration). As a result, YMP decided to move the hosting of its content to a server company located in the Netherlands. The ThisAv.com website had been hosted by this Netherlands based company since that date.

5. YMP recently decided to shut down the ThisAV.com website and the site is no longer operational. Because the website no longer operates, it also no longer utilizes the services of Cloudflare or any other United States based company.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF 2023.

*Lee*
Ka Yeung Lee

SUPPLEMENTAL DECLARATION OF KA YEUNG LEE
2

# EXHIBIT 1



Home > Web Hosting > WebNX and Gorilla Servers hit by fire

# WebNX and Gorilla Servers hit by fire

**WebNX and Gorilla Servers announced that the duo's backup generator caught fire, caused by a power outage.**

April 10, 2021

Erdem Yasar — 1 min read



This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.

A Los Angeles-based hosting service provider **WebNX** hit by a fire. Its data center located in Ogden in Utah experienced a fire causing some of the customers' websites to go offline. **Gorilla Servers**, which is also founded by WebNX's CEO Daniel Pautz and has some servers in the same facility, is also affected by the fire.

## Backup generators

Both WebNX and Gorilla Servers **published updates** about **the incident**. According to the statements, one of the backup generators caught fire during a city-wide power outage and the Ogden fire department was called in. The company also stated that they will bring most servers at the facility back online after the emergency inspector's approval. The company said,

> "One of our old generators that has worked for years and was recently load tested had a mechanical failure and caught fire resulting in power being cut to our core routers and fire suppression system controlling the fire. Unfortunately, the fire department opted to cut power to the rest of the building as a precaution even though the power systems were independent."

See more **Web Hosting News**

**Tags:**   Gorilla Servers    WebNX



### Erdem Yasar

Erdem Yasar is a news editor at Cloud7 News. Erdem started his career by writing video game reviews in 2007 for PC World magazine while he was st

Show more

## Leave a Reply