1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants. | Case No.: 3:20-cv-05802-BHS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

The Court, having read all papers filed in connection with the Plaintiff's Motion to File Second Amended Complaint, having considered the issues raised therein, and being otherwise fully advised, it is hereby ORDERED that the Motion is **GRANTED** as set forth below:

Plaintiff's Second Amended Complaint shall be deemed filed on the day this Order is entered. Defendants shall respond in accordance with the Federal Rules of Civil Procedure.

1 | Accordingly, it is hereby ORDERED that Plaintiff's Motion for File Second Amended
2 | Complaint is GRANTED.
3 | DATED: _____

_____
Honorable Benjamin H. Settle
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
2