UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20, d/b/a THISAV.COM,<br><br>Defendants. | Case No.: 3:20-cv-05802-BHS<br><br>**STIPULATED MOTION AND ORDER RENOTING PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT**<br><br>NOTING DATE: MAY 9, 2024 |

**STIPULATED MOTION**

COMES NOW Plaintiff Will Co., Inc. ("Plaintiff") and Defendants Ka Leung Lee and YouHaHa Marketing and Promotion Limited ("Defendants"), by and through their undersigned counsel, and respectfully submit this stipulation and proposed order to re-note the hearing for Plaintiff's Second Motion to Amend Complaint, Dkt. No. 48, from May 10, 2024 to May 24, 2024. The parties conferred and agreed to the requested extension due to other previously schedule motion practice in other matters for defendants counsel.

STIPULATED MOTION AND ORDER POSTPONING
PLAINTIFF'S MOTION TO AMEND 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1     Accordingly, the parties respectfully request that the Court postpone the hearing for
2 Plaintiff's Second Motion to Amend Complaint by two weeks, from May 10, 2024 to May 24,
3 2024.

4     STIPULATED and AGREED this 9th day of May 2023.

**FREEMAN LAW FIRM, INC.**

    */s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

Attorneys for Plaintiff

    */s/Philip Mann*
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
403 Madison Ave. N. Ste.240
Bainbridge Island, Washington 98104
Tel: 206-463-0900
Email: phil@mannlawgroup.com

    */s/ Valentin Gurvits*
Valentin D. Gurvits *pro hac vice*
Frank Scardino *pro hac vice*
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

    */s/ Evan Fray-Witzer*
Evan Fray-Witzer *pro hac vice*
CIAMPA FRAY-WITZER, LLP

STIPULATED MOTION AND ORDER POSTPONING
PLAINTIFF'S MOTION TO AMEND 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1
2   20 Park Plaza, Suite 505
    Boston, Massachusetts 02116
3   Telephone: 617-426-0000
    Facsimile: 617-423-4855
4   Evan@CFWLegal.com

5   *Attorneys for Defendant*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER POSTPONING       **FREEMAN LAW FIRM, INC.**
PLAINTIFF'S MOTION TO AMEND 3                1107 ½ Tacoma Avenue South
                                             Tacoma, WA 98042
                                             (253) 383-4500 - (253) 383-4501 (fax)

**ORDER**

Based upon the parties' Stipulated Motion and Order Re-Noting Plaintiff's Second Motion to Amend Complaint, the Court hereby finds good cause to GRANT the stipulated motion and postpones the hearing for Plaintiff's Second Motion to Amend Complaint by two weeks, from May 10, 2024 to May 24, 2024.

SO ORDERED this _____ day of March, 2022.

_____
Benjamin H. Settle
United States District Judge

STIPULATED MOTION AND ORDER POSTPONING
PLAINTIFF'S MOTION TO AMEND 4

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)