THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>v.<br><br>KA YEUNG LEE, an individual; YOUHARA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM<br><br>Defendants. | Case No. 3:20-cv-05802- BHS<br><br>**DEFENDANTS' COUNSEL'S UNOPPOSED MOTION TO WITHDRAW**<br><br>**NOTE ON MOTION CALENDAR:  May 24, 2024** |

COMES NOW counsel for Defendants Ka Leung Lee and YouHaHa Marketing and Promotion Limited ("Defendants"), by and through their undersigned counsel, and respectfully submit this Motion to Withdraw. In support of this motion, counsel for defendants state as follows:

1. The undersigned have represented Defendants in the present action from the time that the litigation was filed.

2. More than one year ago, Defendant Ka Yeung Lee, a permanent resident of Hong Kong, sold the website involved in the underlying litigation.

3. Although the parties had hoped that a resolution of the present case might be possible, efforts towards a settlement were unsuccessful.

4. Plaintiff has moved for leave to amend its complaint to add additional defendants, including the owners of additional websites. The undersigned do not

Motion to Withdraw
Cause No. 20-CV-05802-BHS

Page 1

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

represent any of those proposed new defendants.

5. Defendants have instructed the undersigned counsel to cease all work on this matter and to withdraw from their representation in this case.

6. In accordance with General Rule 2, the undersigned hereby certify that they have advised defendants that their withdrawal may result in an entry of default against them.

7. In accordance with General Rule 2, the undersigned hereby certify that they have served Defendants with a copy of this motion via email.

8. Plaintiff does not oppose the relief requested in this motion.

Accordingly, the undersigned counsel move for withdrawal from the present case.

Dated May 24, 2024                    Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Suite 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com


        */s/ Valentin Gurvits*
Valentin D. Gurvits *pro hac vice*
Frank Scardino *pro hac vice*
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com


        */s/ Evan Fray-Witzer*
Evan Fray-Witzer *pro hac vice*
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505

Motion to Withdraw
Cause No. 20-CV-05802-BHS         Page 2

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendant*

Motion to Withdraw
Cause No. 20-CV-05802-BHS

Page 3

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

## **CERTIFICATE OF SERVICE**

       I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  March 11, 2021                   /s/ *Philip P. Mann*

Motion to Withdraw
Cause No. 20-CV-05802-BHS
Page 4

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900