THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan, <br><br> Plaintiff, <br><br> v. <br><br> KA YEUNG LEE, an individual; YOUHARA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM <br><br> Defendants. | Cause No. 3:20-cv-05802- BHS <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW <br><br> NOTE ON MOTION CALENDAR: May 24, 2024 |

This matter was considered on May 24, 2024 on the unopposed motion of Counsel for Defendants Ka Yeung Lee and Youhara Marketing and Promotion Limited to withdraw as attorneys.

Having reviewed the briefs, arguments of counsel and the Court File:

IT IS HEREBY ORDERED THAT DEFENDANTS' COUNSELS' MOTION TO WITHDRAW IS GRANTED.

_____

Hon. Benjamin H. Settle

Presented By:

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

PROPOSED ORDER
Cause No. 20-CV-05802-BHS

Page 1

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

| | |
|---|---|
| 1 | 403 Madison Ave. N. Suite 240 |
| | Bainbridge Island, Washington  98110 |
| 2 | Phone (206) 436-0900 |
| | Fax (866) 341-5140 |
| 3 | phil@mannlawgroup.com |
| 4 | |
| | Attorneys for Defendants Ka Yeung Lee |
| 5 | and Youhara Marketing and Promotion Limited |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROPOSED ORDER
Cause No. 20-CV-05802-BHS

Page 2

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900