```
 1
 2
 3
 4
 5                         UNITED STATES DISTRICT COURT
 6                        WESTERN DISTRICT OF WASHINGTON
                                     AT TACOMA
 7
   WILL CO. LTD. a limited liability        CASE NO. C20-5802 BHS
 8 company organized under the laws of
   Japan,                                   ORDER
 9
                       Plaintiff,
10       v.

11 KA YEUNG LEE, an individual;
   YOUHAHA MARKETING AND
12 PROMOTION LIMITED, a foreign
   company; and DOES 1-20 d/b/a
13 THISAV.COM,

14                     Defendant.

15
16        This matter is before the Court on counsel for Defendants Ka Yeung Lee and

17 YouHaHa Marketing and Promotion Limited's unopposed motion to withdraw, Dkt. 51,

18 and Plaintiff Will Co. Ltd.'s unopposed motion for leave to file a second amended

19 complaint, Dkt. 48.

20        An artificial entity—such as a limited company—cannot represent itself in court

21 pro se and may appear in federal court only through licensed counsel. *Rowland v.*

22 *California Men's Colony*, 506 U.S. 194 (1993); 28 U.S.C. § 1654; Local Rules, W.D.
```

ORDER - 1

Wash., LCR 83.2(b)(4). Counsel representing a business entity and seeking to withdraw must certify to the Court that they have advised the business entity of this legal requirement:

> A business entity, except a sole proprietorship, must be represented by counsel. If the attorney for a business entity, except a sole proprietorship, is seeking to withdraw, the attorney shall certify to the court that he or she has advised the business entity that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties.

LCR 83.2(b)(4).

In seeking to withdraw, counsel for Defendant YouHaHa certify "that they have advised defendants that their withdrawal may result in an entry of default against them." Dkt. 51, ¶ 6. However, defense counsel do not certify that they have advised YouHaHa that it is required by law to be represented by an attorney admitted to practice before this Court. *See* LCR 83.2(b)(4). The motion to withdraw, Dkt. 51, is accordingly **DENIED** with leave to refile in accordance with this District's local rules.

Will Co.'s unopposed motion for leave to file a second amended complaint, Dkt. 48, is **GRANTED**. Will Co. shall promptly file its second amended complaint.

**IT IS SO ORDERED**.

Dated this 28th day of May, 2024.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge