THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>v.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM<br><br>Defendants. | Case No. 3:20-cv-05802- BHS<br><br>**DEFENDANTS' COUNSEL'S AMENDED UNOPPOSED MOTION TO WITHDRAW**<br><br>**NOTE ON MOTION CALENDAR: June 4, 2024** |

COMES NOW counsel for Defendants Ka Leung Lee and YouHaHa Marketing and Promotion Limited ("Defendants"), by and through their undersigned counsel, and respectfully submit this Motion to Withdraw. In support of this motion, counsel for defendants state as follows:

1. The undersigned have represented Defendants in the present action from the time that the litigation was filed.

2. More than one year ago, Defendant Ka Yeung Lee, a permanent resident of Hong Kong, sold the website involved in the underlying litigation.

3. Although the parties had hoped that a resolution of the present case might be possible, efforts towards a settlement were unsuccessful.

4. Plaintiff has moved for leave to amend its complaint to add additional defendants, including the owners of additional websites. The undersigned do not

Motion to Withdraw
Cause No. 20-CV-05802-BHS

Page 1

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

represent any of those proposed new defendants.

5. Defendants have instructed the undersigned counsel to cease all work on this matter and to withdraw from their representation in this case.

6. In accordance with General Rule 2, the undersigned hereby certify that they have advised defendants that their withdrawal may result in an entry of default against them.

7. In accordance with General Rule 2, the undersigned hereby certify that they have served Defendants with a copy of this motion via email.

8. In accordance with Local Rule LCR 83.2(b)(4), the undersigned certify that they have advised Defendant YouHaHa Marketing And Promotion Limited that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties.

9. Plaintiff does not oppose the relief requested in this motion.

Accordingly, the undersigned counsel move for withdrawal from the present case.

Dated June 4, 2024                                         Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Suite 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com


*/s/ Valentin Gurvits*
Valentin D. Gurvits *pro hac vice*
Frank Scardino *pro hac vice*
BOSTON LAW GROUP, PC

Motion to Withdraw
Cause No. 20-CV-05802-BHS
Page 2

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone:  206-436-0900

|   |   |
|---|---|
| 1 | 825 Beacon Street, Suite 20 |
| 2 | Newton Centre, Massachusetts 02459 |
|   | Telephone: 617-928-1804 |
| 3 | Facsimile: 617-928-1802 |
|   | vgurvits@bostonlawgroup.com |
| 4 | matt@bostonlawgroup.com |

/s/ *Evan Fray-Witzer*

Evan Fray-Witzer *pro hac vice*
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendant*

Motion to Withdraw
Cause No. 20-CV-05802-BHS

Page 3

Mann Law Group PLLC
403 Madison Ave N. Ste 240
Bainbridge Island, WA 98110
Phone: 206-436-0900