UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD,<br><br>   Plaintiff,<br><br>   v.<br><br>KA YEUNG LEE, YOUHAHA MARKETING PROMOTION LIMITED and DOES 1-20,<br><br>   Defendants. | Case No. 3:20-cv-5802 BHS<br><br>DEFAULT ENTRY AGAINST DEFENDANTS KA YEUNG LEE & YOUHAHA MARKETING AND PROMOTION LIMITED |

Pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a), default is hereby entered against defendants KA YEUNG LEE & YOUHAHA MARKETING AND PROMOTION LIMITED for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated this 21st day of August, 2024.

*s/Mary Trent*
Mary Trent, Deputy Clerk

DEFAULT ENTRY AGAINST  DEFENDANTS KA YEUNG LEE & YOUHAHA MARKETING AND PROMOTION LIMITED - 1