UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-5 d/b/a THISAV.COM, MISSAV.COM, MYAV.COM, MISSAV789.com, VASSIM.COM, and John Does 6-20<br><br>Defendants. | Case No.: 3:21-cv-05733-BHS<br><br>DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT |

I, Jason Tucker, declare:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director and the founder of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients have included award-winning production companies, publishers, media, technology, and physical product

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 1

[3:20-cv-05802-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

corporations, internet advertising networks, documentarians, filmmakers, photographers, influencers, news outlets, and award-winning entertainment studios.

3. I have been in the business of legal adult entertainment productions (both on and off the Internet), marketing, and management at an executive level for over twenty (20) years, serving for over six (6) years as President of a company that owned and licensed one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation, for the rollout of several versions of Windows Media and in the development and rollout of their Digital Rights Management technology, Akamai Technologies, and others.

5. As an experienced executive within the entertainment industry, I have been featured and quoted in publications including Financial Times, Newsweek, BusinessWeek, Torrent Freak, USA Today, Wired, and the Washington Post. I am frequently requested to speak on panels and at seminars at industry events on various industry-related topics and trends.

6. I have been involved in more than fifty federal lawsuits brought against a range of defendants for copyright infringement and have served as an expert witness in similar proceedings.

7. I was retained by Will Co. to investigate piracy of their copyrighted works by the operators of ThisAV.com.

8. The operators of ThisAV.com and its associated web sites have operated a business model dependent on the illegal distribution of high-value content to increase traffic to their websites. Because Defendants' business model is based upon advertising, they are

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 2

[3:20-cv-05802-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

incentivized to display as much valuable content as possible, so that more traffic is diverted to its webpages.

9. In this case, I have documented the infringement by Defendant on ThisAV.com and its mirror sites, including missav.com, missav789.com, myav.com, vassim.com, fivetiu.com, and eightcha.com. The layout of the mirror sites are nearly identical to ThisAV.com, as is the underly HTML code on the pages.

10. Between June and July 2020, in the early days of this case, I documented that ThisAV.com displayed 13 of Plaintiff's copyright registered works over 19 separate and distinct URLs – each a part of ThisAV Web Site.

11. In or about May 2024, I found that Defendants' Websites displayed 50 of Will Co.'s copyright registered works on the Websites identified on Exhibit A of the SAC, resulting in at least three hundred (300) separate instances of infringing unauthorized display of registered works. To date, on MissAV.com and ThisAV.com alone, Plaintiff has identified 1,738,686 Links to the infringing use of 50,120 full-length, video titles owned by Plaintiff (mostly unregistered in the U.S.).

12. Will Co. Ltd. registered these 50 with the United States Copyright Office prior to the commencement of the infringing activity.

13. In my work, I often used web-analytics tools such as Simlarweb, a web data analytics firm which assists its clients with gathering and analyzing digital data to develop and implement business strategies.

14. I ordered a Similarweb report for web data relevant to this case. Attached hereto as Exhibit A are true and correct copies of some Similarweb reports I ordered for this matter.

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 3

[3:20-cv-05802-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

Based on traffic data from Similarweb for August 2024, the scale of Defendants' ongoing infringement continued to result in substantial traffic. In August alone, thisav.com attracted at least 18.2 million visitors, while missav.com had a staggering 285.7 million visitors.

15. These results were born another report, generated by Semrush. According to that report, myav.com received over 5 million visitors, and missav789.com saw at least 6 million visitors. Again, this was just in August 2024. The domains vassim.com domain, a mirror site of missav.com, is not currently tracked, and eightcha.com and fivetiu.com are not currently tracked, further complicating the full scope of the infringement.

16. Defendants' infringement was for a commercial purpose. Defendants earned money from advertising and the value of advertising on Defendants' Websites was and is directly related to the number of visitors to the site. Thus, the value of advertising is directly related to the quality and desirability of content. Will CO.'s are among the most popular Japanese videos in the world.

17. Defendants used thisav.com, missav.com, myav.com, missav789.com, vassim.com, eightcha.com, and fivetiu.com to display Plaintiff's copyrighted full-length videos. Verisign, Inc. is the registry for .com domains.

18. Defendants' sites had an aggregate of 314,900,000 visitors in August 2024. Further, Defendants operate an X.com account (formerly Twitter), @missav_daily, where they post links to missav.com, some of which contain Plaintiff's copyright-protected materials. The Twitter account should be transferred to Plaintiff.

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 4

[3:20-cv-05802-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 28th day of October 2024 at Las Vegas, Nevada.

*Jason Tucker*

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF WILL CO. LTD.'S *EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT - 5

[3:20-cv-05802-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)