# Exhibit A

🕐  **Your trial has ended**



▶ **missav.com**

best japan av porn site, free forever, high speed, no lag, over 100,000 videos,
daily update, no ads while playing video.

## Traffic & Engagement

**Total visits**
📅 Jan 2024 - Mar 2024  🌐 Worldwide

**611.5M**

↑ 14.39%  from last month

**Device distribution**
📅 Jan 2024 - Mar 2024  🌐 Worldwide

● Desktop      28.82%
● Mobile Web  71.18%

| | |
|---|---|
| Global rank | #83 ||| |
| Country rank ● Japan | #14 ||| |
| Industry rank Adult | #10 ||| |

**Engagement overview** ⓘ
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔀 All Traffic

| | | | |
|---|---|---|---|
| 📅 Monthly visits ⓘ | 203.8M | 👥 Deduplicated audience ⓘ BETA | |
| 🖼 Pages / Visit ⓘ | 18.12 | | |
| 🖼 Monthly Unique Visitors ⓘ | N/A | 🕐 Visit Duration ⓘ | 00:12:28 |
| ↗ Bounce Rate ⓘ | 18.59% | | |

## Visits over time

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔲 All traffic

☑ missav.com | vs. | ☐ njav.tv | ☐ supjav.com | ☐ thisav.com | ☐ tktube.com
611.5M | | 83.80M | 171.6M | 50.87M | 91.07M

```
225.0M
220.0M
215.0M
210.0M
205.0M
200.0M
195.0M
190.0M
         Jan 24                          Feb 24
```

# Geography

## Top Countries

📅 Jan 2024 - Mar 2024  🔲 All traffic



| Country | Traffic Share | Change |
|---|---|---|
| 🔴 Japan | 52.43% | ↑ 16.48% |
| Taiwan | 9.09% | ↑ 13.80% |
| Thailand | 6.04% | ↑ 42.60% |
| Republic of Korea | 5.19% | ↑ 15.66% |
| Indonesia | 4.89% | ↑ 3.21% |

# Marketing Channels



## Organic Search

Organic search makes up **31.79%** of website traffic





## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Mar 2024   🌐 Worldwide   🖥 Desktop



### Top paid search terms



**No results**

Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **3.11%** of website traffic

### Top referring websites
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| theporndude.com | 32.18% | | ↑ 2.28% |
| thisav.com | 18.57% | | ↑ 15.83% |
| info.warning.360.cn | 4.87% | | ↑ 82.69% |
| javbus.com | 3.91% | | ↑ 22.87% |
| njavtv.com | 3.67% | | ↑ 35.23% |

### Top referring industries
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 76.86% | |
| Search Engines | 4.94% | |
| TV Movies and Streaming | 3.21% | |
| Programming and Developer Software | 2.94% | |
| Investing | 1.01% | |

## Outgoing Traffic

### Top link destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| myavlive.com | 27.05% | | ↑ 24.55% |
| xszpuvwr7.com | 21.58% | | ↑ 255.39% |
| twinrdsyte.com | 16.74% | | ↑ 42.51% |
| rapidgator.net | 12.49% | | ↑ 0.94% |
| tsyndicate.com | 2.47% | | ↑ 47.83% |

## Outgoing Ads

### Top ad destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| livejasmin.com | 10.54% | | ↓ 75.85% |
| chainpcnetwork.co.in | 8.79% | | - |
| tuberl.com | 8.60% | | - |
| twinrdsyte.com | 7.79% | | ↓ 91.48% |
| torn-porn.com | 6.23% | | - |

## Social

Social makes up **2.35%** of website traffic

### Social traffic
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



| | | | | |
|---|---|---|---|---|
| 72.07% | 10.05% | 8.47% | 2.06% | 2.05% |
| ▶ Youtube | 🐦 Twitter | f Facebook | 🔴 Reddit | 📷 Instagram |

## Display Advertising

Display ads makes up **<1%** of website traffic

### Display ad network
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



| | |
|---|---|
| ☑ Unidentified Netw... | 33.27% |
| ☑ Clickadu | 24.08% |
| ☑ A8.net | 11% |
| ☑ AdsTerra | 8.86% |
| ☑ RTB House | 5.7% |
| ☐ Others | 17.1% |

### Top publishers
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



| Publisher | Share | Change |
|---|---|---|
| 🐦 twitter.com | 84.30% | - |
| Ⓜ manymv.com | 11.58% | - |
| 📅 bilibili.com | 2.85% | ↑ 398.90% |
| ▶ missav123.com | 0.45% | - |
| ✈ tv24.avsee.in | 0.28% | - |

🕐 **Your trial has ended**

▶ **thisav.com** 📊

thisav.com- 世界第一全中文成人娛樂網站，提供免費在線欣賞及分享成人影片。av グル 無修正エロ動画人気av女優や可愛い素人の高画質独占配信アダルト動画・免費成人影片、日本av、無碼高清視頻播放. watch free full porn

## Traffic & Engagement

### Total visits
📅 Jan 2024 - Mar 2024   🌐 Worldwide

## 50.87M
↑ 2.58% from last month

### Device distribution
📅 Jan 2024 - Mar 2024   🌐 Worldwide

● Desktop     43.76%
● Mobile Web   56.24%

| | |
|---|---|
| Global rank | #1,660 ▮▮▮ |
| Country rank ● Japan | #297 ▮▮▮ |
| Industry rank Adult | #172 ▮▮▮ |

### Engagement overview ⓘ
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🔀 All Traffic

| 📅 Monthly visits ⓘ | 16.95M | 👥 Deduplicated audience ⓘ BETA | | 🗐 Pages / Visit ⓘ | 14.46 |
|---|---|---|---|---|---|
| 🔲 Monthly Unique Visitors ⓘ | N/A | 🕐 Visit Duration ⓘ | 00:09:53 | 📈 Bounce Rate ⓘ | 31.56% |

## Visits over time

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔲 All traffic



## Geography

### Top Countries

📅 Jan 2024 - Mar 2024  🔲 All traffic



| Country | Traffic Share | Change |
|---|---|---|
| • Japan | 45.57% | ↑ 1.52% |
| • Taiwan | 13.45% | ↑ 7.96% |
| • Thailand | 10.06% | ↑ 10.22% |
| • Hong Kong | 5.53% | ↑ 7.11% |
| • Vietnam | 5.20% | ↓ 35.71% |

Website Performance

## Marketing Channels

### Channels overview
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔀 All traffic



## Organic Search

Organic search makes up **39.85%** of website traffic

### Branded vs. non-branded
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



| | |
|---|---|
| ● Branded | **17%** |
| ● Non-Branded | **83%** |

### Top organic search terms
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop

| Term | Share | Change |
|---|---|---|
| thisav | 9.24% | ↑ 7.04% |
| this av | 1.69% | ↓ 9.70% |
| av | 0.99% | ↓ 10.12% |
| this a.v | 0.36% | ↓ 24.43% |
| missav | 0.32% | ↑ 17.58% |

## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Mar 2024   🌐 Worldwide   🖥 Desktop

### Top paid search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **2.13%** of website traffic

### Top referring websites
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| 🔴 theporndude.com | 41.19% | ▬ | ↓ 8.89% |
| 🔳 2nt.com | 16.38% | ▬ | ↓ 59.37% |
| 📄 jwsearch.jword.jp | 7.26% | ▬ | ↑ 64.00% |
| 🔺 ero-video.net | 4.88% | ▬ | ↓ 14.00% |
| 🔴 hlsloader.com | 4.17% | ▬ | ↑ 6.40% |

### Top referring industries
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 58.76% | ▬ |
| Web Hosting and Domain Names | 16.38% | ▬ |
| Search Engines | 11.63% | ▬ |
| TV Movies and Streaming | 4.34% | ▬ |
| Computers Electronics and Technology - Other | 1.70% | ▬ |

## Outgoing Traffic

### Top link destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| ▶ missav.com | 60.09% | ▬ | ↑ 16.18% |
| 🟠 rapidgator.net | 28.56% | ▬ | ↑ 0.59% |
| ⬛ myavlive.com | 8.58% | ▬ | ↑ 9.87% |
| ▶ myav.com | 1.33% | ▬ | ↑ 117.55% |
| 🔵 mypikpak.com | 1.09% | ▬ | ↑ 5.13% |

## Outgoing Ads

### Top ad destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| 🗒 sogor.xyz | 44.13% | ▬ | - |
| 🗒 xmtrading.com | 8.05% | ▬ | ↓ 82.93% |
| 🗒 as.nextmovi.com | 7.68% | ▬ | - |
| 🪟 microsoft.com | 5.78% | ▬ | - |
| 🔴 movieffm.net | 5.50% | ▬ | - |



## Social

Social makes up **1.36%** of website traffic

### Social traffic
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop

| Platform | Percentage |
|----------|-----------|
| ▶ Youtube | 71.76% |
| f Facebook | 11.96% |
| 🐦 Twitter | 8.01% |
| 🔴 Reddit | 2.14% |
| VK VKontakte | 1.76% |

## Display Advertising

Display ads makes up **<1%** of website traffic

### Display ad network
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop



☑ Unidentified Netw...    77.3...
☑ AdsTerra    22.68%

### Top publishers
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country



**Your trial has ended**

myav.com

## Traffic & Engagement

### Total visits
📅 Jan 2024 - Mar 2024 🌐 Worldwide

**1.959M**

↑ 26.11% from last month

### Device distribution
📅 Jan 2024 - Mar 2024 🌐 Worldwide

● Desktop 48.97%
● Mobile Web 51.03%

| | | |
|---|---|---|
| Global rank | | #41,547 |
| Country rank 🔴 China | | #13,636 |
| Industry rank Adult | | #3,588 |

### Engagement overview ⓘ
📅 Jan 2024 - Mar 2024 🌐 Worldwide 🔀 All Traffic

| 📅 Monthly visits ⓘ | 653,282 | 👥 Deduplicated audience ⓘ BETA | | 🗐 Pages / Visit ⓘ | 16.14 |
|---|---|---|---|---|---|
| 🗓 Monthly Unique Visitors ⓘ | N/A | 🕐 Visit Duration ⓘ | 00:10:06 | ↗ Bounce Rate ⓘ | 28.31% |

## Visits over time

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔂 All traffic



☑ myav.com
**1.959M**

VS.

☐ missav789.com   ☐ avtik.com   ☐ avero.jp   ☐ missav.live
4.897M          1.975M         874,528       1.330M

# Geography

## Top Countries

📅 Jan 2024 - Mar 2024  🔂 All traffic



| Country | Traffic Share | | Change |
|---|---|---|---|
| 🔴 China | 17.73% | ▮▭ | ↓ 17.12% |
| 🔴 Indonesia | 16.04% | ▮▭ | ↑ 96.09% |
| ✖ Republic of Korea | 11.33% | ▮▭ | ↓ 3.24% |
| 🔴 Japan | 8.54% | ▮▭ | ↑ 35.53% |
| 🇺🇸 United States | 7.88% | ▮▭ | ↑ 2.60% |

Website Performance

# Marketing Channels

## Channels overview
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔀 All traffic



## Organic Search

Organic search makes up **13.26%** of website traffic

### Branded vs. non-branded
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



- 🔵 Branded       12%
- 🔵 Non-Branded   88%

### Top organic search terms
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop

| Term | % | Change |
|------|-----|--------|
| av | 19.63% | ↓ 39.81% |
| jav | 8.25% | ↑ 1.20% |
| myav.com | 4.85% | ↓ 66.70% |
| myav | 3.51% | ↓ 22.17% |
| jav porn | 3.07% | ↓ 40.25% |

## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Mar 2024   🌐 Worldwide   🖥 Desktop



### Top paid search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **13.39%** of website traffic

### Top referring websites
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| theporndude.com | 64.72% | ▬▬▬▬ | ↓ 18.02% |
| thisav.com | 17.98% | ▬ | ↑ 117.55% |
| missav789.com | 4.75% | ▮ | ↓ 31.22% |
| javdb523.com | 3.77% | ▮ | ↓ 97.83% |
| njavtv.com | 2.62% | ▮ | ↓ 12.60% |

### Top referring industries
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 95.64% | ▬▬▬▬ |
| Programming and Developer Software | 1.96% | ▮ |
| Search Engines | 0.83% | ▮ |
| Video Games Consoles and Accessories | 0.69% | ▮ |

## Outgoing Traffic

### Top link destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| missav.com | 56.48% | ▬▬▬ | ↑ 39.53% |
| rapidgator.net | 25.69% | ▬▬ | ↓ 41.62% |
| myavlive.com | 16.09% | ▬ | ↓ 2.41% |
| mypikpak.com | 1.37% | ▮ | ↓ 35.38% |
| blockpage.xlaxiata.id | 0.09% | ▬ | ↓ 100.00% |

## Outgoing Ads

### Top ad destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| zh.stripchat.com | 68.85% | ▬▬▬▬ | - |
| dalaoldanv.life | 17.64% | ▬ | - |
| ak.aungudie.com | 7.27% | ▮ | - |
| incestflix.com | 6.25% | ▮ | - |

## Social

Social makes up **1.31%** of website traffic

### Social traffic
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop



- Youtube — 57.53%
- Weibo.com — 23.48%
- Twitter — 14.62%
- VKontakte — 4.37%

## Display Advertising

Display ads makes up **<1%** of website traffic

### Display ad network
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country

### Top publishers
📅 Jan 2024 • Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country

⏱ **Your trial has ended**

### myavlive.com

watch naked models in our adult live sex cams community. ❤️ it's free & no registration needed. 🔥 4000+ live cam girls and couples are ready to chat.

## Traffic & Engagement

**Total visits**
📅 Jan 2024 - Mar 2024   🌐 Worldwide

## 44.12M

↑ 25.94%  from last month

**Device distribution**
📅 Jan 2024 - Mar 2024   🌐 Worldwide

● Desktop      34.03%
● Mobile Web   65.97%

| | | |
|---|---|---|
| Global rank | | #3,443 |
| Country rank<br>🔴 Japan | | #585 |
| Industry rank<br>Adult | | #341 |

### Engagement overview ⓘ
📅 Jan 2024 - Mar 2024   🌐 Worldwide   ⌗ All Traffic

| 📅 Monthly visits ⓘ | 14.70M | 👥 Deduplicated audience ⓘ BETA | | 🗗 Pages / Visit ⓘ | 3.64 |
|---|---|---|---|---|---|
| 🧍 Monthly Unique Visitors ⓘ | N/A | 🕐 Visit Duration ⓘ | 00:03:16 | 📈 Bounce Rate ⓘ | 61.21% |

## Visits over time

📅 Jan 2024 - Mar 2024   🌐 Worldwide   ⬚ All traffic



☑ myavlive.com
**44.12M**

VS.

| ☐ live-chat.icu | ☐ missav.com | ☐ twinrdsyte.com | ☐ mumosengen.com |
|---|---|---|---|
| 254,165 | 611.5M | 150.4M | 553,590 |

# Geography

## Top Countries

📅 Jan 2024 - Mar 2024 ⬚ All traffic



| Country | Traffic Share | | Change |
|---|---|---|---|
| 🔴 Japan | 45.67% | ▬▬ | ↑ 35.42% |
| ⚹ Republic of Korea | 7.60% | ▬ | ↑ 24.09% |
| 🔴 Indonesia | 7.01% | ▬ | ↑ 12.73% |
| ⊗ Hong Kong | 5.81% | ▬ | ↑ 17.55% |
| 🇺🇸 United States | 4.50% | ▬ | ↑ 8.92% |

# Marketing Channels

## Channels overview

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔀 All traffic



# Organic Search

Organic search makes up **2.1%** of website traffic



## Branded vs. non-branded

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



| | |
|---|---|
| 🔵 Branded | 14% |
| 🔵 Non-Branded | 86% |

## Top organic search terms

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



| | | | |
|---|---|---|---|
| myavlive | 10.37% | | ↑ 223.48% |
| rosewellsk nude video | 2.41% | | ↓ 100.00% |
| angelari | 2.29% | | ↓ 81.97% |
| noa_oo | 2.06% | | ↓ 73.94% |
| bong2k6 | 1.89% | | - |

## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Mar 2024    🌐 Worldwide    🖥 Desktop



### Top paid search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **57.36%** of website traffic

### Top referring websites
📅 Jan 2024 - Mar 2024    🌐 Worldwide    🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| missav.com | 93.65% | ▬ | ↑ 21.42% |
| thisav.com | 3.24% | ▮ | ↑ 37.07% |
| njavtv.com | 1.67% | ▯ | ↓ 34.94% |
| missav123.com | 0.54% | ▯ | ↓ 9.05% |
| missav789.com | 0.53% | ▯ | ↑ 11.22% |

### Top referring industries
📅 Jan 2024 - Mar 2024    🌐 Worldwide    🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 99.29% | ▬ |
| Programming and Developer Software | 0.70% | ▯ |
| TV Movies and Streaming | < 0.01% | ▯ |
| Social Networks and Online Communities | < 0.01% | ▯ |
| Video Games Consoles and Accessories | < 0.01% | ▯ |

## Outgoing Traffic

### Top link destinations
📅 Jan 2024 - Mar 2024    🌐 Worldwide    🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| api.twitter.com | 41.55% | ▬ | ↓ 38.03% |
| google.com | 25.74% | ▮ | ↓ 66.67% |
| capturables.com | 18.28% | ▮ | ↑ 4.00% |
| strpst.com | 5.21% | ▯ | ↑ 16.54% |
| stripcash.com | 1.89% | ▯ | ↓ 85.66% |

## Outgoing Ads

### Top ad destinations
📅 Jan 2024 - Mar 2024    🌐 Worldwide    🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| dimwittedfill.com | 66.36% | ▬ | - |
| jjanggame.co.kr | 12.88% | ▮ | ↓ 84.65% |
| onsenfood.kr | 7.03% | ▯ | - |
| investment-articles.com | 3.70% | ▯ | - |
| temu.com | 2.49% | ▯ | - |

## Social

Social makes up **<1%** of website traffic

### Social traffic
📅 Jan 2024 • Mar 2024  🌐 Worldwide  🖥 Desktop



| | Youtube | Facebook | Twitter | Instagram | Weibo.com |
|---|---|---|---|---|---|
| % | 77.60% | 14.21% | 6.24% | 1.13% | 0.25% |

## Display Advertising

Display ads makes up **<1%** of website traffic

### Display ad network
📅 Jan 2024 • Mar 2024  🌐 Worldwide  🖥 Desktop



☑ Unidentified Netw...   87.3...
☑ Clickadu              12.65%

### Top publishers
📅 Jan 2024 • Mar 2024  🌐 Worldwide  🖥 Desktop



**No results**
Try a different website, date range or country



⏱ **Your trial has ended**

## vassim.com

免費高清日本 av 在線看，無需下載，高速播放沒有延遲，超過十萬部影片，
每日更新，開始播放後不會再有廣告，支援任何裝置包括手機、電腦及智能電
視。可以番號，女優或作品系列名稱作影片搜尋。免費加入會員後可任意收藏

Preview
Coming Soon

# Traffic & Engagement

### Total visits
📅 Jan 2024 - Mar 2024   🌐 Worldwide

## 12,877
↓ -82.88%  from last month

### Device distribution
📅 Jan 2024 - Mar 2024   🌐 Worldwide

- 🔵 Desktop   54.30%
- 🔵 Mobile Web   45.70%

| | |
|---|---|
| Global rank | #14,358,954 |
| Country rank 🔴 China | #921,384 |
| Industry rank | - - - |

## Engagement overview ⓘ
📅 Jan 2024 - Mar 2024   🌐 Worldwide   All Traffic

| | | |
|---|---|---|
| 📅 Monthly visits ⓘ | < 5,000 | 👥 Deduplicated audience ⓘ BETA | — |
| 📄 Pages / Visit ⓘ | 3.03 | | |
| 👤 Monthly Unique Visitors ⓘ | N/A | ⏱ Visit Duration ⓘ | 00:03:34 |
| 📈 Bounce Rate ⓘ | 27.05% | | |

## Visits over time

📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔲 All traffic



# Geography

## Top Countries

📅 Jan 2024 - Mar 2024  🔲 All traffic





| Country | Traffic Share | Change |
|---|---|---|
| 🔴 China | 50.24% | ↓ 91.59% |
| 🇺🇸 United States | 33.04% | - |
| Republic of Korea | 12.66% | - |
| 🇬🇧 United Kingdom | 4.06% | - |

# Marketing Channels

## Channels overview
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🔁 All traffic



## Organic Search

Organic search makes up **51.99%** of website traffic

### Branded vs. non-branded
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



- 🔵 Branded        0%
- 🔵 Non-Branded    100%

### Top organic search terms
📅 Jan 2024 - Mar 2024  🌐 Worldwide  🖥 Desktop



| | | |
|---|---|---|
| missav | 85.25% | ↓ 98.45% |
| missav ssis | 6.44% | - |
| missav.com | 4.16% | ↓ 93.71% |
| 日本av | 4.16% | ↓ 93.71% |

## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Mar 2024   🌐 Worldwide   🖥 Desktop



### Top paid search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **5.57%** of website traffic

### Top referring websites
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country

### Top referring industries
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country

## Outgoing Traffic

### Top link destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| ▶ missav.com | 77.64% | ▬▬▬▬ | - |
| ▶ myav.com | 12.79% | ▬ | - |
| 📄 go.myavlive.com | 9.57% | ▬ | - |

## Outgoing Ads

### Top ad destinations
📅 Jan 2024 - Mar 2024   🌐 Worldwide   🖥 Desktop



**No results**
Try a different website, date range or country

