# Exhibit B

# Search result of muteki

Filters: All

Sort by: Release date


4:03:58
TEK-099 18Gold Kiho Kanamatsu


Uncensored Leak    2:56:06
TEK-099 18Gold Kiho Kanamatsu


2:33:28
TEK-098 Reiwa Gravure Ranking No.1 Kao...


1:58:35
JUL-079 Madonna exclusive MUTEKI bea...


1:57:09
JUL-044 A Madonna Label Exclusive A M...


1:57:23
JUL-013 MUTEKI entertainer x super popu...


1:59:08
JUY-708 Madonna exclusive MUTEKI bea...


Uncensored Leak    1:51:05
TEK-097 The two are invincible - Yua Mik...




2:01:17
OBA-377 MUTEKI beautiful mature woma...

