# Exhibit C





