# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD,<br><br>    Plaintiffs,<br><br>  v.<br><br>KA YEUNG LEE, an individual; YOUHAHA MARKETING AND PROMOTION LIMITED, a foreign company; and DOES 1-20 d/b/a THISAV.COM,,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  C20-5802 BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Plaintiff's Motion for Default Judgment is granted. The Court awards statutory damages of **$15,000** for each of the **300** offending videos, for a total of **$4,500,000**. The award is against all Defendants, jointly and severally. The Court ORDERS that Verisign, Inc. DISABLE and TRANSFER Defendants' domain names "thisav.com," "missav.com," "myav.com," "missav789.com," "vassim.com," "eightcha.com," and "fivetiu.com" to plaintiff Will Co. The Court ORDERS an award of fees and costs of $76,959 under 17 U.S.C. § 505.

This case is closed.

Dated this 7th day of January, 2025.

Ravi Subramanian
Clerk

*s/Mike Williams*
Deputy Clerk
